# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

Case No. SACV 10-1454 DOC (SSx)                    Date: December 14, 2010

Title: AURORA ISODORE DIAZ PEREZ v. BANK OF AMERICA NATIONAL ASSOC. et. al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS): GRANTING DEFENDANT GLENN MONDO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

Before the Court is a Motion to Dismiss filed by Defendant Glenn Mondo in the above-captioned case ("Motion") (Docket 6). The Court hereby GRANTS the Motion.

## I.      BACKGROUND

Plaintiff Aurora Isodore Diaz Perez ("Plaintiff") filed her purported Complaint on September 27, 2010. The purported Complaint is illegible and the Court is at a loss to discern either the factual or legal bases for Plaintiff's claims. Plaintiff's purported Complaint, however, does incorporate two minute orders issued by the Honorable Glenn Mondo, Commissioner of the Superior Court of California, County of Orange ("Commissioner Mondo"). As a result, the Court infers an attempt to assert liability against Commissioner Mondo related to the issuance of these orders.

Commissioner Mondo filed the instant Motion to Dismiss on October 21, 2010 and set a hearing on this matter for December 6, 2010. Under the Local Rules, Plaintiff was to file any opposition to this Motion by November 22, 2010. Plaintiff did not file an opposition by that date. On November 30, 2010, the Court issued a minute order taking Commissioner Mondo's Motion under submission and vacating the December 6, 2010 hearing date ("Under Submission Order") (Docket 8). Although the Under Submission Order was sent to the address Plaintiff listed with the Court Clerk's

MINUTES FORM 11 DOC                              Initials of Deputy Clerk kp
CIVIL - GEN                                      Page 1 of 3

office, the minute order was returned to sender.

Apparently unaware that the matter had been taking under submission, Plaintiff appeared in Court on December 6, 2010.  The Court informed Plaintiff that the Motion had been taken under submission and noted that Plaintiff had not filed an opposition within the deadlines set by the Local Rules.  The Court extended the deadline for Plaintiff to file an opposition until December 10, 2010 – a date selected by Plaintiff.

The Court received Plaintiff's Opposition on December 9, 2010.  Unfortunately, Plaintiff's Opposition is as illegible as her purported Complaint.

## II.  LEGAL STANDARD

Under Federal Rule of Civil Procedure 12(b)(6), a complaint must be dismissed when a plaintiff's allegations fail to state a claim upon which relief can be granted. Dismissal for failure to state a claim does not require the appearance, beyond a doubt, that the plaintiff can prove "no set of facts" in support of its claim that would entitle it to relief. *Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1968 (2007) (abrogating *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S. Ct. 99 (1957)).  In order for a complaint to survive a 12(b)(6) motion, it must state a claim for relief that is plausible on its face. *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009).  A claim for relief is facially plausible when the plaintiff pleads enough facts, taken as true, to allow a court to draw a reasonable inference that the defendant is liable for the alleged conduct. *Id.* at 1949.  If the facts only allow a court to draw a reasonable inference that the defendant is possible liable, then the complaint must be dismissed. *Id.*  Mere legal conclusions are not to be accepted as true and do not establish a plausible claim for relief. *Id.* at 1950.  Determining whether a complaint states a plausible claim for relief will be a context-specific task requiring the court to draw on its judicial experience and common sense. *Id.*

In evaluating a 12(b)(6) motion, review is "limited to the contents of the complaint." *Clegg v. Cult Awareness Network*, 18 F.3d 752, 754 (9th Cir. 1994).  However, exhibits attached to the complaint, as well as matters of public record, may be considered in determining whether dismissal was proper without converting the motion to one for summary judgment.  *See Parks School of Business, Inc. v. Symington*, 51 F.3d 1480, 1484 (9th Cir. 1995); *Mack v. South Bay Beer Distributors, Inc*., 798 F.2d 1279, 1282 (9th Cir. 1986).  Further, a court may consider documents "on which the complaint 'necessarily relies' if: (1) the complaint refers to the document; (2) the document is central to the plaintiff's claim; and (3) no party questions the authenticity of the copy attached to the 12(b)(6) motion."  *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006).  "The Court may treat such a document as 'part of the complaint, and thus may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6)."  *Id.*

Dismissal without leave to amend is appropriate only when the Court is satisfied that the deficiencies in the complaint could not possibly be cured by amendment. *Jackson v. Carey*, 353 F.3d 750, 758 (9th Cir. 2003) (citing *Chang v. Chen*, 80 F.3d 1293, 1296 (9th Cir. 1996)); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

## III.    DISCUSSION

As stated above, both Plaintiff's purported Complaint and her Opposition are entirely incomprehensible.  For reference, attached as Exhibit A to this Order is a copy of Plaintiff's Complaint. The Court cannot make out the nature of any of Plaintiff's specific factual allegations or legal claims. This deficiency alone mandates dismissal of Plaintiff's case against Commissioner Mondo.

In addition, Commissioner Mondo, a judicial officer, is entitled to judicial immunity from civil suits arising out of the exercise of his judicial function.  *Mireles v. Waco*, 502 U.S. 9, 11 (1991). *See also Bradley v. Fisher*, 80 U.S. 335, 346 (1872).  This reality not only mandates dismissal of Plaintiff's case against Commissioner Mondo, but a dismissal with prejudice: no amendments to Plaintiff's complaint can cure this fatal deficiency.

## VI.    DISPOSITION

In light of the above, Commissioner Mondo's Motion is GRANTED.  Plaintiff's claims against Commissioner Mondo are DISMISSED WITH PREJUDICE.

The Clerk shall serve this minute order on all parties to the action.

# EXHIBIT A
# TO MINUTE ORDER
# DATED DECEMBER 14, 2010



:C.-S.-C.-S.-L.-FLAG OF THIS CORPORATION-VESSEL

## :CONTRACT-STATE-POSTAL-SERVICE-DI-STRICT-COURT
## WITHIN THIS CALIFORNIA-TERRITORY:

SAMC10-24

# FOR THIS WRIT OF THIS DE-NOVO IS WITH THE SYNTAX-
COMMUNICATION-FRAUD-DAMAGE BY THESE VASSALEES AND: SUPERIOR(ADJECTIVE-SYNTAX) COURT(PRONOUN-SYNTAX) OF(ADVERB-SYNTAX) CALIFORNIA(VERB-SYNTAX), COUNTY(PRONOUN-SYNTAX) OF(ADVERB-SYNTAX) ORANGE(VERB-SYNTAX) AND WITH THE FAILURE OF THE PLEADING-SYNTAX-COMMUNICATIONS WITH ANY CORRECTIONS BY THE COURT-COMMISSIONER: Glenn Mondo.

:POSTAL-SERVICE-CORPORATION-DOCKET-NUMBER-~30-2009-00310725-CL-UD-WJC OF THE CASE-INITIATION-DATE-~13-~OCTOBER-~2009

SACV10-01454 DOC (SSx)

:Aurora-Isidora: Diaz [9502 ~Linda-Lane, Cypress, CA-~90630]
:David-Wynn: :Miller :Plenipotentiary-Judge(Witnessing)5166-N.-~63-~MILWAUKEE, ~WI.-~53218
:CONTRACT
Glenn MONDO
Jay Tennenbaum[Attorney for the vassalee]
BANK OF AMERICA NATIONAL ASSOCIATION[ AS THE SUCCESSOR BY THE MERGER TO THE LASALLE BANK NATIONAL ASSOCIATION, AS THE RUSTEE FOR THE (MORGAN STANLEY MORTGAGE-LOAN TRUST 2006-2 vs: Diaz) (RUSTEE=CORPORATION-EMPLOYEE)]
:VASSALEES:

FOR THIS QUO-WARRANTO-COMPLAINT OF THE CLAIMANT: AND: PLENIPOTENTIARY-JUDGE: David-Wynn: Miller ARE WITH THE CLAIM OF THE TITLE-~42: C.-S.-C.-S.-1986 WITH THE KNOWLEDGE OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE(C.-S.-S.-C.-S.-L.) OF THE VASSALEES'-FICTIONAL-DOCUMENT-COMMUNICATIONS WITH AN AILING-DOCKET-NUMBER-~30-2009-00310725-CL-UD-WJC BY THESE VASSALEES.

:ABBREVIATION-SYNTAX-KEY:
:C.-S.-C.-S. : CONTRACT-STATES-CLAIMS-SECTION.
:C.-S.-C.-V. = CONTRACT-STATES-CORPORATION-VESSEL.
:C.-S.-S.-C.-S.-L.=:CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE.
FOR THIS DRY-DOCK-VESSEL-COURT OF THE ONE-LEVEL-SAME-PLANE IS WITH THE CONTRACT-STATES-POSTAL-SERVICE-COURT-DOCUMENT-VESSEL OF THIS QUO-WARRANTO-COMPLAINT BY THE CLAIMANTS-KNOWLEDGE.

~1 FOR THE CLAIMANTS'-KNOWLEDGE OF THIS QUO-WARRANTO-COMPLAINT ARE WITH THE CLAIMANT'S-DAMAGE-CLAIMS BY AN AILING-COMMUNICATION-EVIDENCE-FRAUD WITH THE VASSALEES-WORD-SYNTAX-DOCUMENT-EVIDENCE OF AN AILING- COMMUNICATION-MODIFICATIONS WITH THE WORD-PHRASES WITH THE FICTIONAL-MODIFICATION-WORD-MEANINGS-CLOSURE OF THE DOCUMENT-EVIDENCE #A, BY THE VASSALEES'-CONFESSION-VIOLATIONS AGAINST THE CLAIMANT.
~2 FOR THE C.-S.-S.-C.-S.-L.-CONTRACT-STATES-POSTAL-SERVICE OF THE FACTS IS WITH THE CLAIMS OF THIS MARITIME-VESSEL-COMPLAINT WITH THE COMMUNICATION-CORRECTIONS OF THE VASSALEES'-COMMUNICATION-SYNTAX-EVIDENCE WITH THE FICTIONAL-AILING-WORD-TERMS, VOID-COMMUNICATION-AUTHORITY, VOID-COMMUNICATION-CAPTURE-WARRANT, VOID-C.-S.-S.-C.-S.-L., AILING-WORD-OPERATIONS, AILING-WORD-MODIFICATIONS, VOID-COMMUNICATION-CLOSURE, FICTIONAL-SYNTAX-COMMUNICATIONS=PERJURY AND WITH THE VOID-COMMUNICATION-OPINIONS AGAINST THE CLAIMANT: Diaz WITH THE FICTIONAL-GAINS BY THE VASSALEES'-CRIMINAL-CONFESSIONS. FILE ON DEMAND

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

1

~3 FOR THIS <u>DAMAGE-CASE</u> OF AN <u>AILING-COMMUNICATION-WRITING-CONFESSIONS</u> **ARE** WITH THE <u>VASSALEES'-DOCUMENT-EVIDENCE</u> OF AN IDENTIFYING-SYNTAX WITH THE FICTIONAL-AILING-WORD-OPINION BY A **SYNTAX-NUMBERING-KEY-SYSTEM** WITH THE SPACE-CONSOLIDATION OF THE SYNTAX-WORD-MEANINGS: **1**=ADVERB, **2**=VERB, **3**=ADJECTIVE, **4**=PRONOUN, **5**=POSITION, **6**=LODIAL, **7**=FACT **8**=PAST-TIME, **9**=FUTURE-TIME-FICTION, **0**=CONJUNCTION=(AND/OR), **DPV**=DANGLING-PARTICIPLE-VERB AND WITH THE VOID-SENTENCE-OPERATIONS OF AN IDENTIFICATION WITH EACH WORD AND WITH THE CONNECTION-MODIFICATIONS WITH EACH <u>OTHER-WORD</u> OF THE **DATE-** 9 / 13 / 10 STARTING-DOCUMENTS BY THE <u>VASSALEES'-FICTIONAL-PERJURY-PLEADINGS</u> WITH THE <u>VASSALEES'-PLEADINGS</u> BY THE FICTIONAL-ILLUSIONS AGAINST THE CLAIMANT
**FOR THE CAUSES OF THIS COMPLAINT**
~4 FOR THE **SYNTAX-EVIDENCE** OF THE FACTS **ARE** WITH THE <u>WEBSITE-COPYCLAIM-CLAIMS</u> BY THE WEBSITE: WWW.DWMLC.COM AND WITH THE CLAIMANT: David-Wynn: Miller, :Plenipotentiary-Judge.
~5 FOR THE **QUO-WARRANTO-COMPLAINT-DOCUMENT** OF THESE FACTS **ARE** WITH A SECURITY-CLAIM BY THE <u>COURT-CLERK-DOCKETING-DUTY</u>: TITLE-~28: C.-S.-C.-S.-~1361.
~6 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **IS** WITH THIS CLAIM OF THE <u>FILING-FEE</u> WITH THE <u>DRYDOCK-COURTHOUSE-MARITIME-VESSEL</u> OF THE <u>CONTRACT-STATES-POSTAL-SERVICE-COURT</u> OF THIS <u>CALIFORNIA-TERRITORY-JURISDICTION</u>.
~7 FOR THE SYNTAX-CORRECTIONS OF THE <u>ENGLISH-COMMUNICATION-SENTENCE-STRUCTURES</u> **ARE** WITH THE <u>COMMUNICATION-IDENTIFYING-CLAIMS</u> OF THE <u>WORD-SYNTAXING-USES</u> WITH THE FRAUDULENT-AILING-PLEADING-WORD-OPERATIONS=CONNECTING-WORD-SYNTAX-OPERATIONS)
<u>PRONOUN-ADVERB-VERBS-SYNTAX-PHRASES</u>, <u>ADVERB-VERBS-SYNTAX-PHRASES</u>, <u>ADVERB-ADJECTIVE-PRONOUN-SYNTAX-PHRASES</u> AND <u>PRONOUN-ADVERB-ADJECTIVE-PRONOUN-SYNTAX-PHRASES</u> AND <u>ADJECTIVE-PRONOUN-SYNTAX-PHRASE</u> WITHIN THIS <u>CHARTER-VESSEL-PAPER</u> OF THE <u>CONTRACT-STATES-CONTRACT-CORPORATION-STATUES</u> WITH THE MODIFICATION-WORD-OPERATIONS BY THESE VASSALEES.
~8 FOR THE CLAIMANTS OF THIS VESSEL **ARE** WITH THE <u>C.-S.-S.-C.-S.-L.-CLAIMS</u> OF THE <u>FACTUAL-SENTENCE-STRUCTURE-WORDING</u>, <u>FIDUCIARY-OATHS</u> BY THE VASSALEES AND: CLAIMANTS.
~9 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE FICTIONAL-COMMUNICATION-WRONGS WITH THE CORRECTION-AUTHORITY: **TITLE-~42: C.-S.-C.-S.-~1986** AGAINST AN <u>AILING-SENTENCE-WORDING</u> WITH THE <u>CONTRACT-STATES-POSTAL-SERVICE-DISTRICT-COURT</u> BY THE VASSALEES.
~10 FOR THE **PERJURY: TITLE-~18: C.-S.-C.-S.-~1621** OF EACH WORD'S-MODIFICATION-<u>VOID-MEANING</u> AGAINST AN <u>ORIGINAL-FACT</u> **ARE** WITH THE CLAIMS <u>ADVERB-VERB-SYNTAX-PHRASES</u>, <u>ADVERB-ADJECTIVE-PRONOUN-SYNTAX-PHRASES</u> AND <u>PRONOUN-ADVERB-VERB-SYNTAX-PHRASES</u>, <u>PRONOUN-ADVERB-ADJECTIVE-PRONOUN-SYNTAX-PHRASES</u> AND: <u>ADJECTIVE-PRONOUN-SYNTAX-PHRASES</u> OF THE <u>MAIL-FRAUD-BANKING-CAUSE: TITLE-~18: C.-S.-C.-S.-~1341</u> WITH THE COMMUNICATIONS-DAMAGE: **TITLE-~18: C.-S.-C.-S.-~1001 AND: TITLE-~15-~CHAPTER-~2b-~SECTION-~78-~ff** [$25-million-fine, 30-years-jail] BY THE (guilty).
~11 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THE <u>LAWFUL-CORRECT-SENTENCE-STRUCTURE</u>, <u>CORRECT-DOCUMENT-COMMUNICATION-CLOSURE</u>, <u>CORRECT-GOVERNMENT-AUTHORITIES</u>, CORRECT-COMMUNICATIONS OF A PUBLIC-EMPLOYEE'S-OATH AND: CORRECT-COMMUNICATION-NOW-TIME-CONTRACT-DUTY WITH THE LAWFUL-COMMUNICATION-CODES OF THE <u>C.-S.-S.-C.-S.-L.-FACTS</u> WITH THE **POSITIONAL-LODIAL-FACT-PHRASES** BY THE VASSALEES.
~12 FOR THE FORCEFUL-STEALING OF THE CLAIMANTS'-FREEDOM **IS** WITH THIS EVIDENCE-CLAIM OF THE <u>PUBLIC-EMPLOYEES'-WAGES</u> WITH THE <u>WITHDRAWING-PUBLIC-TAX-FUNDING</u>: **TITLE-~18: C.-S.-C.-S.-~641-~665** WITH THE THEFTS OF THE VALUES WITH THE FRAUDULENT-TAKING OF THE <u>PUBLIC-FUNDS</u> WITH AN AILING-SYNTAX-VOID-COMMUNICATIONS, **FICTIONAL-COMMUNICATION-FILING-CLAIMS: MISAPPROPRIATION OF THE PUBLIC-TAX-MONEY** AS AN ACTOR WITH THE <u>TRICKERY</u>, FRAUD, *OPINIONS, PRESUMPTIONS, ASSUMPTIONS,* GUESSING, PERJURIES AND: <u>PERJURY-OATHS</u> BY THE <u>CONSPIRACY-COVER-UPS</u> WITH THE CONTRACT-ACTING BY THE VASSALEES.

FOR THIS <u>COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009</u> BY THE <u>PLENIPOTENTIARY-JUDGE: David-Wynn: Miller</u> AND CLAIMANT.

**~13** FOR THIS COMPLAINT OF THE FACTS **ARE** WITH THE C.-S.-S.-C.-S.-L.-CLAIMS OF THE CONTRACT-STATES-CORPORATION-VESSEL(C.-S.-C.-V.) WITH THE COMPETENT-KNOWLEDGE BY THE JUDGES, ATTORNEYS, CLERKS, SHERIFF, BAILIFFS AND: VASSALEES.

**~14** FOR THE PERJURY OF AN OATH: TITLE-~18: C.-S.-C.-S.-~1621 **IS** WITH THIS DAMAGE-CLAIM-DOCUMENT-EVIDENCE AGAINST THE VASSALEES' BY THE CLAIMANTS.

**~15** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE CORRECTION OF THE COMMUNICATION-PAPERS-VESSEL-DOCUMENTS WITH THE SEVERAL-STRAIGHT-LINES AND: SEVERAL-CURVE-LINES OF A VOID-MEANING, VOID-CONTRACT AND: VOID-VENUE-JURISDICTION BY THE VASSALEES.

**~16** FOR THE COURTHOUSE AS A DRYDOCK-VESSEL **IS** WITH A FLAG-JURISDICTION-CLAIM OF A FOREIGN-VESSEL WITH THE PORT-AUTHORITIES OF A DRY-DOCK-REGISTRY WITH THE CONTRACT-STATES-POSTAL-SERVICE OF AN CALIFORNIA-TERRITORY WITH THE MODIFICATION-VIOLATION OF THE FRAUDULENT-CONVEYANCE-COMMUNICATIONS WITH THE **TITLE-~18: C.-S.-C.-S.-~1001** BY THE VASSALEES.

**~17** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE LAW: **TITLE-~42: C.-S.-C.-S.-~1986** WITH THE CORRECTION OF THESE WRONGS AND WITH THE NAMING OF THE CO-CONSPIRATOR WITH THE FRAUD-LANGUAGE-CHARGES AND WITH THE **COLLUSION: TITLE-~28: C.-S.-C.-S.-~1359** WITH THE VACATING OF THE **FICTITIOUS-CONVEYANCE OF THE COMMUNICATIONS: TITLE-~18: C.-S.-C.-S.-~1001** AGAINST THE CLAIMANTS WITH THE PAPER-DOCUMENT-EVIDENCE OF THE WORD-COMMUNICATION-MODIFICATION-WRONG-DAMAGES BY THE VASSALEES.

**~18** FOR THE CLAIMANTS'-KNOWLEDGE OF THE **TITLE-~18: C.-S.-C.-S.-~1342** OF THE CLAIMANTS'-MAIL-FRAUD-NAME **IS** WITH THE NOM-DE-GUERRE-CLAIM OF A DEAD-PERSON BY THE VASSALEES.

**~19** FOR THE CLAIMANTS'-KNOWLEDGE OF THE C.-S.-C.-V. **ARE** WITH THE DUTY-CLAIMS OF THE CORRECTIONS WITH THE **TITLE-~42: C.-S.-C.-S.-~CHAPTER-~16-~SECTION-~12182** BY THE NEGLIGENT-COMMUNICATION-DAMAGES AND: BIAS BY THE VASSALEES.

**~20** FOR THE CLAIMANTS'-KNOWLEDGE OF THE **TITLE-~28: C.-S.-C.-S.-~1359**, WITH THE AILING-COLLUSIONS BY THE THREAT, SCARE OR: PRISON **ARE** WITH THE VIOLATION-CLAIM OF THE AILING-COMMUNICATION-CLOSURE WITH THE MODIFICATION-WORD-MEANINGS BY THE VASSALEES.

**~21** FOR THE CLAIMANTS'-KNOWLEDGE OF THE **TITLE-~18: C.-S.-C.-S.-~241** WITH THE CONSPIRACY OF AN AILING-COMMUNICATION-MODIFICATIONS **ARE** WITH THE REPUTATION-DAMAGES-CLAIMS BY THE VASSALEES.

**~22** FOR THIS **TITLE-~28: C.-S.-C.-S.-~636~4-~c-~1 IS** WITH THE CLAIMS OF THE **CONSENT** WITH THE VESSEL'S-AUTHORIZATION OF THIS C.-S.-S.-C.-S.-L.-HEARING WITH THIS C.-S.-C.-V.

**~23** FOR THE CLAIMANTS'-KNOWLEDGE OF THE GRIEVANCE-COMPLAINT-FILINGS **ARE** WITH THE CLAIMS OF AN OPEN-COURT WITH THE C.-S.-S.-C.-S.-L. OF THE COMMUNICATION-COMPLAINTS BY THE VASSALEES AND: CLAIMANTS.

**~24** FOR THIS **TITLE-~42: C.-S.-C.-S.-~1988-a IS** WITH AN AUTHORIZATION-PUNISHMENT OF THE SUITABLE-CLAIMS WITH THE COMPENSATION, FINES, OR PENALTIES OF A FEE IN THIS PORT/STATION OF THIS CORPORATION-VESSEL WITH THIS GUILTY-PLEA WITHIN THE TRIAL-LAWS OF AN AUTHORIZATION-PORT.

**~25** FOR THIS **TITLE-~29: C.-S.-C.-S.-~CHAPTER-~16-~SECTION-~701-~c-~2** OF A POLICY WITH THIS FRAUD-COMMUNICATIONS OF AN OATH, COVENANT OR FACT AND WITH THE **TITLE-~15: C.-S.-C.-S.-1692-~e** WITH THE FALSE AND MISLEADING-STATEMENTS **ARE** WITH THE CLAIM OF THE **PERJURY: TITLE-~18: C.-S.-C.-S.-~1621** WITH THE CONVICTIONS AND: DAMAGES OF THE BREACH WITH THE CONTRACT-CLOSURE-TERMS OF THE FALSE-STATEMENTS, OATH AND: COVENANT WITH THE PRONOUNS, VERBS OR ADJECTIVES BY THE VASSALEES.

**~26** FOR THE CLAIMANTS'-FICTION-COMMUNICATION-NAMES OF THE **TITLE-~18: C.-S.-C.-S.-~1342 ARE** WITH THE COLLECTION-CLAIM OF A SECURITY, FEE, VALUE, OR MONEY WITH THE FRAUDULENT-COMMUNICATION-METHODS OF THE VASSALEES-EVIDENCE-DOCUMENTS WITH THE LAW-**TITLE-~18: C.-S.-C.-S.-~1001** WITH THE FICTION-COMMUNICATION-USES BY THE VASSALEES.

~27 FOR THE CLAIMANTS'-KNOWLEDGE OF THE CITIZEN'S-OATH **ARE** WITH THE CLAIMS OF THIS **TITLE-~42: C.-S.-C.-S.-~1986** WITH THIS AUTHORIZATION-KNOWLEDGE OF THE STOPPING OF THE COMMUNICATION-SYNTAXING-WRONGS AND WITH THE SYNTAX-COMMUNICATION-CORRECTION OF THE FICTIONAL-AILING-COMMUNICATION-LANGUAGE OF THE VASSALEES WITH THIS QUO-WARRANTO-COMPLAINT BY THE C.-S.-C.-V.-COURT-CLERK'S-DOCKETING.

~28 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CONTRACT-SALVAGE-CLAIMS OF THE **TITLE-~46: C.-S.-C.-S.-~781** AGAINST THE VASSALEES-DERELICT-PAPER-VESSEL BY THE CLAIMANTS.

~29 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF A PUBLIC-CIVIL-SERVANT'S-OPERATIONS-OATH WITH THE **C.-S.-S.-C.-S.-L.** OF THE **POSITIONAL-LODIAL-FACT-PHRASE** WITH THIS CONTRACT-MANIFEST: **TITLE-~46: C.-S.-C.-S.-~314** BY THIS **C.-S.-C.-V.**

~30 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE COMPULSION-DUTY-CLAIMS OF THE DOCUMENT-FILING-SERVICES WITH THE **TITLE-~28: C.-S.-C.-S.-~1361** BY THIS C.-S.-C.-V.-COURT-CLERK.

~31 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE FILING-DUTY-CLAIMS OF THIS **TITLE-~28: C.-S.-C.-S.-~1869** WITH THIS C.-S.-C.-V.-COURT-CLERK.

~32 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS OPEN-MARKET-COURT WITH THE LODGES AND: FILINGS WITH THIS **TITLE-~28: C.-S.-C.-S.-~452** BY THIS C.-S.-C.-V.-COURT-CLERK.

~33 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE SERVICING-DOCUMENTS WITH THIS **C.-C.-~5** BY THE C.-S.-C.-V.-COURT-CLERK.

~34 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS **COURT-ONE-LEVEL-PLANE-JURISDICTION** WITH THE **C.-S.-S.-C.-S.-L.**-WITNESSING BY THE CLAIMANTS AND: VASSALEES.

~35 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS MARITIME-VENUE WITH THIS DRYDOCK-QUO-WARRANTO-COMPLAINT-VESSEL-COURT OF THE CONTRACT-STATES-POSTAL-SERVICE-PORT-AUTHORIZATION WITH THE **TITLE-~46: C.-S.-C.-S.-~782** BY THIS CLERK.

~36 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE EVIDENCE-FRAUD-COVERY-CLAIMS OF THE **C.-C.-~60-~b,** BY THE VASSALEES.

~37 FOR THE **SUPREME COURT** OF A FICTION-COMMUNICATION **ARE** WITH THE VOID-JOINING-CLAIM OF AN AUTHORITY-FORCE WITH THIS TRUTH-COMMUNICATION'S-COMPLAINT WITH THE AUTOGRAPH-CONFESSIONS BY THE VASSALEES.

~38 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE BILL OF THE LADING-CLAIMS WITH THE AUTOGRAPHS-JOINING ON THIS POSTAGE-STAMP BY THE POSTMASTER-AUTHENTICATION WITH THIS **TITLE-~49: C.-S.-C.-S.-~80102** OF THE CONTRACT-STATES-CORPORATION-CUSTOMS WITH THE CONTRACT-STATES-POSTAL-SERVICE BY THIS AUTHORIZATION-C.-S.-C.-V.

~39 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE SAFEGUARDING-DUTY-CLAIM OF THE SYNTAX-WORDING-NUMERICAL-CIPHERS WITH THIS C.-S.-C.-V. BY THIS CLAIMANT.

~40 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FICTITIOUS-COMMUNICATIONS-SYNTAX, AILING-FOREIGN-KIDNAPPING AND: NECROMANCY BY THE VASSALEES.

~41 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE **C.-S.-S.-C.-S.-L.-CLAIMS** OF THE MARITIME-VESSEL-COURT-DOCUMENT-SERVICE-METHODS WITH THE C.-C.-~12-~b-~7, C.-C.-~12-~b-~6, C.-C.-~12-~b-~5, C.-C.-~12-~b-~4, C.-C.-~12-~b-~3, C.-C.-~12-~b-~2 AND: C.-C.-~12-~b-~1 OF THIS CORPORATION-CASE-NUMBERS AND: JOINER-CASE-NUMBER BY THE VASSALEES.

~42 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS COPYCLAIM-VESSEL-CONTRACT WITH THIS AUTHORIZATION OF THIS **C.-S.-C.-V.-TITLE-~17: C.-S.-C.-S.-~1202** BY THE CLAIMANTS.

~43 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS STOPPING OF THE WRONG-COMMUNICATION-MODIFICATIONS WITH THE CORRECTIONS OF THE FICTIONAL-COMMUNICATIONS-METHOD-RULES WITH THIS **TITLE-~28: C.-S.-C.-S.-~2072-~a,-~b: *THE* (ADVERB) *SUPREME* (ADJECTIVE) *COURT* (PRONOUN) *SHALL* (ADVERB-FUTURE-TIME-VOID) *HAVE* (VERB) *THE* (ADVERB) *POWER* (VERB-FICTION)-VOID) *TO* (ADVERB-FUTURE-TIME-VOID OF**

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

*THE* *NOW-JURISDICTION*) **PRESCRIBE** (*VERB-FICTION=PRE-NO*, *SCRIBE=WRITING*)
**GENERAL** (*ADJECTIVE-COLOR=OPINION*) **RULES** (*PRONOUN=NO-NO-NO-CONTRACT*) **OF** (*ADVERB*)
**PRACTICE** (*VERB-FICTION*).

~44 FOR THE CLAIMANTS'-KNOWLEDGE OF THE EVIDENCE-FACTS **ARE** WITH THE CLAIMS OF THE FRAUDS: **C.-C.-~9-~b** WITH THE CONDITIONS OF THE MINDS WITH THIS **C.-S.-C.-V.** BY THE VASSALEES.

~45 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE COMMUNICATION-CLOSURE: **C.-C.-~26-~e** WITH THE VASSALEES'-EVIDENCE-DOCUMENTS BY THE CLAIMANTS.

~46 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE VASSALEES'-FINDINGS WITH THE FICTITIOUS-COMMUNICATIONS OF THE VASSALEES'-SERVICE-FILINGS WITH THIS **C.-C.-~5.0-~e** BY THE CLAIMANTS'-C.-S.-C.-V.

~47 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS COURT-AUTHORITY AND: COURT-COMMAND: BY THE **C.-S.-S.-C.-S.-L.** WITH THE SAFEGUARDS OF THE BREACH WITH THIS **JUXTAPOSITION** (SIDE-BY-SIDE-WORDS) OF THIS **C.-C.~8-a** BY THE CLAIMANTS'-**C.-S.-C.-V.**

~48 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE MARITIME-CONTRACT-SALVAGE-CLAIM WITH THIS **TITLE-~46: C.-S.-C.-S.-~781** OF THE VASSALEES'-FICTIONAL-AILING-EVIDENCE-PAPER-VESSEL-DOCUMENTS BY THE CLAIMANTS'-C.-S.-C.-V.

~49 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH AN AILING-COMMUNICATION-SYNTAX-OATH OF THE HEARINGS WITH THIS **TITLE-~28: C.-S.-C.-S.-~636-~a-~2** BY THE VASSALEES.

~50 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE TAMPERING, COMMUNICATION-MODIFICATION-CASE WITH THE WITNESSES OF THE CLAIMANTS WITH THIS **TITLE-~18: C.-S.-C.-S.-~1512** BY THE VASSALEES.

~51 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CONFESSION-CLAIMS OF THE WORD-COMMUNICATION-DAMAGES WITH THIS **CONSPIRACY: TITLE-~18: C.-S.-C.-S.-~241** BY THE VASSALEES.

~52 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE **MISAPPROPRIATIONS-TITLE-~18: C.-S.-C.-S.-~646** OF THE PUBLIC-TAX-VALUE-MONEY-THEFT WITH THE FICTIONAL-LANGUAGE-MODIFICATIONS OF THE CAPTURE-WARRANTS WITH THE PUBLIC-TAX-MONEY-EMPLOYMENT-WAGES OF THE CRIMINAL-FICTIONAL-LANGUAGE-WRITING WITH AN EMPLOYMENT-WAGES BY THE VASSALEES.

~53 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FICTITIOUS-USES, FETISHISM, CHICANERY, HELE, TILE, TEGERE, EURYDICE, MAYA-USE, NEOPHYTE-USE, CLOUD-USE, JARGON-USE AND: CONSTERNATION-USE OF THE FACTS AS AN AILING-ADJECTIVES, ADVERBS, PRONOUNS OR VERBS WITH THE USURPS OF THE VASSALEES'-JOB-POSITIONS WITH THIS QUO-WARRANTO-COMPLAINT-EVIDENCE OF THE **PERJURY OF THEIR OATHS** WITH THIS **TITLE-~18: C.-S.-C.-S.-~1621** BY THE VASSALEES.

~54 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-AILING-COMMUNICATION-SYNTAX-OATH-CLAIMS OF THE FRAUDULENT-FACT-CLOSURES WITH THIS **C.-C.-~60-~b** BY THE VASSALEES.

~55 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FRAUDULENT-CONDITION: **C.-C.-~9-~b** BY THE VASSALEES- VOLITION.

~56 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FICTIONAL-COMMUNICATION-CLOSURE-PUBLICATIONS WITH THIS **C.-C.~26-~e** BY THE VASSALEES.

~57 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE AUTHORITY OF THE COURT-CLAIMS, COURT-*ORDERS* WITH THIS BREACH OF THE **JUXTAPOSITION** (*SIDE-BY-SIDE-POSITIONS-EQUAL*) IN THE **C.-S.-S.-C.-S.-L.** WITH THIS FICTIONAL-SYNTAX-MODIFICATIONS BY THE VASSALEES.

~58 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THIS NEGLIGENCE-CONSTRUCTIONS OF THE FICTITIOUS-LANGUAGE AND: NECROMANCY WITH THIS **C.-C.-~8-~f** BY THE VASSALEES.

~59 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS DAMAGE WITH THE VOID-CONSENT-AUTHORIZATION OF THE HEARINGS WITH THIS **TITLE-~28: C.-S.-C.-S.-~636~4-~c-~1** BY THE VASSALEES.

~60 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE PAYMENT WITH THE GOLD-EQUIVALENT-VALUE OF THE MARITIME-CONTRACT-TOWAGE, SALVAGE AND: PRIZE WITH THIS SALVAGE-CLAIM OF THE VASSALEES'-FICTIONAL-PAPER-DOCUMENTS WITH THE **TITLE-~46: C.-S.-C.-S.-~781** BY THE CLAIMANTS.

~61 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF AN OATH WITH THE **C.-S.-S.-C.-S.-L.-CORPORATION-CASE: TITLE-~28: C.-S.-C.-S.-~636~a~2** OF THE VASSALEES.

~62 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS KNOWLEDGE WITH THE CONSPIRACY-PARTICIPATION-CRIMES WITH THIS KIDNAPPING OF THE CLAIMANTS WITHOUT A CONTRACT OR WITH THE C.-S.-S.-C.-S.-L.-PERMISSION AS A EVIDENCE-VIOLATION WITH THE **TITLE-~18: C.-S.-C.-S.-~3** AGAINST THE VASSALEES.

~63 FOR THIS VIOLATION OF THE MODIFICATION-LAW **ARE** WITH THE CLAIMS OF THE **PERJURY OF AN OATH: TITLE-~18: C.-S.-C.-S.-~1621** WITH THE **TITLE-~18: C.-S.-C.-S.-~242: DEPRIVATION** OF THE CIVIL-RIGHTS WITH THE COLOUR OF THE LAW, :**TITLE-~42: C.-S.-C.-S.-~1985-~2: OBSTRUCTING** OF THE WITNESSES AND: EVIDENCE WITH THE MODIFICATION OF THE COMMUNICATIONS, AND: **TITLE-~42: C.-S.-C.-S.-~1985-~3: DEPRIVATION** OF THE WITNESSES AND: EVIDENCE WITH THE MODIFICATION-COMMUNICATIONS BY THE VASSALEES.

~64 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THIS **QUO-WARRANTO-COMPLAINT** WITH THIS **70-TROY-OUNCES-.999-FINE-GOLD** OF THIS **PENALTY-FEE-FINE** WITH EACH COUNT OF THE CRIMINAL-CONVICTION WITH THIS **TITLE-~18: C.-S.-C.-S.-~1621** AGAINST THE VASSALEES BY THE CLAIMANTS.

~65 FOR THIS **TITLE-~28: C.-S.-C.-S.-~2072-~b:** FORBIDDANCE, VOID AND: VOID-FORCE WITH THE LAWS AND: RULES OF THE USE WITH THE MODIFICATIONS OF THE LAWS AND: RULES WITH THIS **C.-S.-C.-V.-AUTHORIZATION.**

~66 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH A TAMPERING-CLAIM OF THE COMMUNICATION-SYNTAX-FACTS WITH THE SUBJECTIVE-INTERPRETATION-TRANSLATION-MODIFICATIONS OF THE TRUE-FACTS WITH THE WRITTEN-PAPER-EVIDENCE: **OBSTRUCTION OF A FACT: TITLE-~18: C.-S.-C.-S.-~1512** BY THE VASSALEES. [OB=NO STRUCTION =CONTRACT] [JUSTICE = JU-NO-LAW, S=SPEAK, TI=TITLE, CE=JUDGE]

~67 FOR THE DAY-TO-DAY-FINE OF THE DAMAGE-VALUE **IS** WITH THE DAMAGE-CLAIM-FEES WITH THE **13-TROY-OUNCES-.999-FINE-GOLD** AS A **PENALTY-FEE-FINE** WITH THE SUMMARY-JUDGMENT-WRITING-CONVICTIONS OF THE CLAIMANTS'-DAMAGES WITH EACH COUNT OF THE CONSPIRACY-WRITING-CONFESSIONS: **TITLE-~18: C.-S.-C.-S.-~241** BY THE VASSALEES.

~68 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE MISAPPROPRIATION-WAGE-CLAIMS OF THE PUBLIC-EMPLOYMENT-PAY WITH THIS **35-TROY-OUNCES-.999-FINE-GOLD** OF THIS **PENALTY-FEE-FINE** WITH THE EVIDENCE-CONFESSIONS OF AN AILING-COMMUNICATIONS WITH THE PERSONAL-MODIFYING-WORD-DOCUMENTS OF THE DAMAGES WITH EACH CLAIM: **TITLE-~18: C.-S.-C.-S.-~654** BY THE VASSALEES.

~69 FOR THIS **TITLE-~42: C.-S.-C.-S.-~12182** OF THE CLAIMANT'S-KIDNAPPING **IS** WITH THIS DAMAGE-CLAIM OF THE EQUAL-SECURITY-CLAIM WITH THIS FORBIDDANCE OF THIS PARTIALNESS AND: : BIAS BY THE VASSALEES.

~70 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS ORDER WITH THE CLOSURE AND: PUBLICATION OF THE CONTRACTS WITH THIS **C.-C.-~26-~e** OF THE VASSALEES.

~71 FOR THIS **TITLE-~18: C.-S.-C.-S.-~1342** WITH THIS FICTION-NAME/FICTION-LOCATION **IS** WITH THE CLAIMS OF THE SCHEME/CONTRIVANCE OR WITH THE OTHER-FELONIOUS-BUSINESS OR WITH THIS **FEIGNING** OF A LOCATION WITH A FICTION-TITLE AND/OR FICTION-NAME AND/OR FALSE-LOCATION AND/OR FALSE-TITLE AND/OR FALSE-NAME AND/OR FALSE-LOCATION, OR WITH A TAKING OR BY A POST-OFFICE-PLACE WITH THE SAFEKEEPING OF THIS MAIL-MATTER OF A POSTAL-MATTER BY A LOCATION(ADDRESS).

~72 FOR THIS CLAIMANTS'-KNOWLEDGE OF THIS **C.-S.-C.-V. IS** WITH THE SERVICE-CLAIMS OF THE DOCUMENT-CONTRACTS-VESSELS WITH THE VASSALEES.

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

~73 FOR THIS **C.-C.-~6** OF THE (45) FORTY-FIVE-DAYS-TIME-LIMITS **ARE** WITH THE COMPUTATION-COURT-FILING-CLAIM BY THE **C.-S.-C.-.V.-MARITIME-C.-S.-S.-C.-S.-L.-TRUST-LAWS.**

~74 FOR THIS **C.-C.-~12-~b-~7 IS** WITH THE NEGLIGENCE-CLAIMS OF THE JOINING WITH THIS COMPLETION/CONTRACT OF THIS COURT'S-CONTRACT.

~75 FOR THE FACT OF THIS **C.-C.-~9 IS** WITH THE **C.-C.-~9-~b**-CLAIMS OF THIS FRAUDULENT-CONDITION OF THE MIND, **C.-C.-~9-~e** WITH THIS AILING-JUDGMENT OF THE COMMUNICATION-METHODS; **C.-C.-~9-~f** WITH THIS NOW-TIME, VENUE AND: FICTIONAL-LOCATION: **C.-C.-~9-~g** BY THIS **C.-S.-C.-V.-COURT.**

~76 FOR THE **C.-C.-~6-~d** OF THE FACTUAL-STATEMENTS **ARE** WITH THIS SERVICE-CLAIM OF THE FIVE-DAY-NOTICE WITH A TRIAL/HEARING OF THE WITNESS WITH THE VASSALEES'-CONFESSIONS OF THE COUNTER-CLAIMS WITH THIS ONE-DAY-SERVICE AGAINST THE VASSALEE BY THIS **C.-S.-C.-V.-COURT.**

~77 FOR THIS **TITLE-~28: C.-S.-C.-S.-~452: IS** WITH THIS OPEN WITH THIS SERVICE OF THE FILING WITH THE PAPERS AND: ORDERS OF THIS AUTHORIZATION BY THIS PORT-AUTHORITIES.

~78 FOR THIS **TITLE-~29: U.-S.-C.: CHAPTER-~16: SECTION~-701-~c-~2** OF THE SECURITY-PRIVACY **ARE** WITH THE SAFEGUARD-VESSEL-CLAIM BY THE CLAIMANTS.

~79 FOR THE TRAPS OF THE TITLES, NAMES, DATES, CASE-NUMBERS, ITALIC-WORDS, BOXING, CASE-NUMBER-CHANGES, STYLES, DOCKET-NUMBER-CHANGES, DAIS AND: FACT-MODIFICATIONS **ARE** WITH THE DAMAGE-CLAIM OF THE FICTIONAL-LOSS WITH THE FIDUCIARY'S-TRUST AND: AUTHORITY BY THE CLERK, JUDGE OR/AND: COURT.

~80 FOR THIS CLOSURE OF THIS **C.-C.-~26-~5-~e IS** WITH THE CLAIMS OF THIS CONTRACTS WITH THE AUTHORIZATIONS BY THE CLAIMANTS.

~81 FOR THE **C.-C.-~40-~2** OF A COMPLAINT-CONTRACT **IS** WITH THE **C.-S.-S.-C.-S.-L.-COURT-HEARING** BY THE **C.-S.-S.-C.-S.-L.-JUDGE'S-OATH-DUTY** WITH THE TIME-LIMIT-COMMENCEMENT OF THE 45-DAYS-TRUST-CONTRACT-MARITIME-RULES WITH A CLAIMANTS'-TEST OF THE GRIEVANCE-WRONGS WITH THE CLAIMANTS'-DAMAGES BY THE VASSALEES.

~82 FOR THE **C.-C.-~41-~a** OF THE CORRECTIONAL-WRONGS **ARE** WITH THE WITHDRAWING-CLAIM OR TERMINATION-CLAIM OF THE DOCUMENT-FILING-CLAIMS AND/OR: LAW-SUITS WITH THE VOLUNTARY-WITHDRAW BY THE CORRECTING-CLAIM.

~83 FOR THE **C.-C.-~44.1:** FOR THE VERIFICATION OF THE **C.-S.-S.-C.-S.-L.-LAWS** AND: **C.-S.-S.-C.-S.-L.-RULES** WITHIN A FOREIGN-COUNTRY **ARE** WITH THIS WRITING-CLAIM-NOTICE OF THIS CONTEST, QUESTIONS, HEARING, FACTS, TESTIMONY AND: VARIANCE OF THE CONTRACT-LAWS WITHIN THE DRYDOCK-FOREIGN-VESSEL BY THE CLAIMANT.

~84 FOR THE **C.-C.-~55: FAULT-JUDGMENT** OF THE CONTRACT-SERVICE-CLAIM **IS** WITH THE CLAIM OF THIS C.-S.-S.-C.-S.-L.-QUO-WARRANTO-COMPLAINT WITH THE FAULT-VESSEL BY THE SUMMARY-JUDGMENT.

~85 FOR THE CORRECTION OF THE WRONG-COMMUNICATION-METHODS **ARE** WITH THE CLAIMANTS'-DUTY-CLAIM OF THE WRONGS WITH THE STOPPING OF THE **C.-S.-S.-C.-S.-L.-FACTS** WITHIN THIS **TITLE-~42: C.-S.-C.-S.-~1985-~3** WITH THE HEREIN-CONFESSION-EVIDENCE OF THE VASSALEES.

~86 FOR THIS **TITLE-~42: C.-S.-C.-S.-~1985-~3** OF THE FACTS **ARE** WITH THE PERSON-VOIDING-CLAIMS *(DEPRIVATION)* OF THE EVIDENCE AND: WITNESSING-PERSONS WITH THIS **RACKETEERING-CLAIM: TITLE-~18: C.-S.-C.-S.-~1961** BY THE CONSPIRACY-HINDRANCE-GUISE WITH THE VACATING-DIRECTION OF A FACT WITH THE COMMUNICATION-SYNTAX-WRONG BY THE VASSALEES.

~87 FOR THIS **TITLE-~18: C.-S.-C.-S.-~3** AS AN ACCESSORY **IS** WITH THE DAMAGING-KNOWLEDGE, AID AND/OR: PARTICIPATION-CLAIM OF A CRIMINAL-PUNISHMENT WITH THE VASSALEES'-CONFESSIONALS OF THE WRITING-COMMUNICATION-WRONGS WITH THIS FEE AS A FINE WITH THIS VALUE-CLAIM- SET BY THE (12) TWELVE-PERSON-JURY.

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

~88 FOR THE **TITLE-~18: C.-S.-C.-S.-~241** OF THE CRIMINAL-CONSPIRACY **IS** WITH THIS COMMUNICATION-GUISE-CLAIM OF THE VASSALEES-VOLITION WITH THESE DAMAGES-HEREIN BY THESE SUMMARY-JUDGMENT-CONVICTION WITH THESE VASSALEES'-EVIDENCE-FACTS.

~89 FOR THIS **TITLE-~18: C.-S.-C.-S.-~1001** OF THESE FICTIONAL-LANGUAGE-MATTERS **ARE** WITHIN THIS MARITIME-AUTHORITY-KNOWLEDGE OF THIS DEED OF THE TITLE-TRUST-FALSIFICATION, WITHHOLDING-FACTS, COVER-UP, TRICK, SCHEME, FALSE-MATERIAL-FACT, MATERIAL-FALSE-STATEMENT, MATERIAL-FICTITIOUS-STATEMENT WITH THIS CASE-FILE BY THE VASSALEE'S-DUTY.

~90 FOR THE **TITLE-~18: C.-S.-C.-S.-~1002**, WITH THE POSSESSION OF THE FALSE-PAPERS **ARE** WITH THIS PRACTICE-CLAIM OF THE FRAUD-COMMUNICATION-AUTHORITY WITH THE POSSESSION OF THE FALSE-WRITING WITH THE CHANGING, FORGERY, COUNTERFEITING, OR/AND: MODIFICATIONS OF THE WRITING-DOCUMENT, WITH THIS CLAIM OF THE CONTRACT-STATES-FIDUCIARY WITH THE STOLEN-VALUE BY THE VASSALEES.

~91 FOR THIS **TITLE-~28: C.-S.-C.-S.-~1656 IS** WITH A CLAIM OF AN AUTHORIZATION WITH THIS STATION-TERRITORY-CONTRACT-COURTS BY THESE CLAIMANTS AND: VASSALEES.

~92 FOR THE TERMS OF THE *ABBREVIATIONS*: [FOR THE **SPACE-SAVING**]

**:C.-C.** = :CIVIL-CLAIM

**:RB** = :REGISTRATION-MAIL

**:C.-S.-S.-C.-S.-L.**=CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE

**:C.-S.-C.-V.** = :CONTRACT-**S**TATES-**C**ORPORATION-**V**ESSEL

**:C.-S.-C.-S.** = :CONTRACT-**S**TATES-**C**LAIMS-**S**ECTION

**~** = : PICTOGRAM OF THIS POST AND SET AS A LOCATION AND VALUE:

~93 : POSTMASTER'S-CLAIM = : FOR THE POSITIONS AS THIS LIFE, WITNESS WITH THE VASSALEES, POSTMASTER, LETTER-CARRIER, CLAIMANT, FRIEND, CAPTAIN, MASTER, BANK, BANKER, COURT-CLERK, PILOT, SHIPPING-COMMISSIONER, CONTRACT-STATES-WORLD-CORPORATION-CUSTOM, PORT-AUTHORITY, SALVOR, HARBOR-AUTHORITY, HARBOR-MASTER, HARBOR-PILOT, HELM-MASTER, PILOT-AUTHORITY, QUARANTINE-AUTHORITY, COMMISSION-MERCHANT, SHIPPING-MERCHANT AND MERCHANT WITH THIS MERCHANT-FLAG WITH THE C.-S.-C.-V.

## ~94 FOR THE CONTRACT-CLAIMS OF THIS CLAIMANTS'-CONSTITUTION ARE WITH THE CLAIMS OF THIS PORT/STATION WITH THE C.-S.-C.-V.

**:CONTRACT-CLAIM-~1**: FOR THE C.-S.-S.-C.-S.-L. OF THE CONTRACT-COMMUNICATIONS **ARE** WITH THE FACTUAL-CLAIMS AS THE FACTS BY THE C.-S.-C.-V. AND/OR CLAIMANTS.

**:CONTRACT-CLAIM-~2**: FOR THE JUDGMENT-CLAIM OF THE FACTS **ARE** WITH THE CLAIMS OF THE C.-S.-S.-C.-S.-L. WITH THE FACTUAL-CONTINUANCES OF THE EVIDENCE.

**:CONTRACT-CLAIM-~3**: FOR THE SPEECH, WRITINGS, FAITHS, PRESS, AND GRIEVANCES OF THE C.-S.-S.-C.-S.-L. **ARE** WITH THE CLAIMS OF THIS C.-S.-C.-V.-CONSTITUTION.

**:CONTRACT-CLAIM-~4**: FOR THE COURT-DUTY OF THE C.-S.-S.-C.-S.-L.-FACTS **ARE** WITH THE C.-S.-S.-C.-S.-L.-CLAIM OF THE PERSONS AND FIDUCIARIES WITH THIS C.-S.-S.-C.-S.-L.-COURT OF THE TRUTHFUL-VOLITION-WRITING WITH THIS FORWARDS AND BACKWARDS BY THIS VOLITION-SAME-CONTINUUM.

**:CONTRACT-CLAIM-~5**: FOR THIS C.-S.-S.-C.-S.-L.-CONSTITUTION OF THIS C.-S.-C.-V. **IS** WITH THIS C.-S.-S.-C.-S.-L.-CLAIM BY A C.-S.-S.-C.-S.-L.-PERSON.

**:CONTRACT-CLAIM-~6**: FOR THE C.-S.-S.-C.-S.-L. OF A JUDGE'S-CAPTURE-WARRANT OR SEARCH-WARRANT ARE WITH AN AUTOGRAPH-CLAIM OF A JUDGE WITH AN C.-S.-S.-C.-S.-L.-OATH BY A CONTRACT-AUTHORIZATION.

**:CONTRACT-CLAIM-~7**: FOR THIS WITNESSING AND TESTIMONY IN THE C.-S.-S.-C.-S.-L.-COURT **IS** WITH THIS WITNESSING-CLAIM BY THIS C.-S.-S.-C.-S.-L.-ONE-SELF.

**:CONTRACT-CLAIM-~8**: FOR THIS CLAIMANT'S-KNOWLEDGE OF THIS C.-S.-S.-C.-S.-L.-TRUTH IS WITH THE CLAIMS OF THE WITNESSES, COUNSELS, FACTS AND FACT-EVIDENCE.

**:CONTRACT-CLAIM-~9**: FOR THE CONTRACT-TRIAL OF THE CONTESTING-PERSONS **ARE** WITH THE CLAIM OF THE C.-S.-S.-C.-S.-L.-TWELVE(~12)-PERSON-JURY'S-KNOWLEDGE OF THE C.-S.-S.-C.-S.-L.-TRIAL-FACTS.

**:CONTRACT-CLAIM-~10**: FOR THE C.-S.-S.-C.-S.-L.-TERMS OF A PERSON'S-PUNISHMENT **ARE** WITH THE C.-S.-S.-C.-S.-L.-CLAIMS OF THE TERMS, CONDITIONS AND BAIL BY THE CONTESTANT-CITIZENS.

**:CONTRACT-CLAIM-~11**: FOR THE FIDUCIARY-VASSALEES OF THIS C.-S.-C.-V. **ARE** WITH THE DUTY-CLAIMS OF AN ELECTION WITH A C.-S.-S.-C.-S.-L.-OATH BY THE C.-S.-C.-V.-CITIZENS, PERSONS, PARTIES OR/AND CORPORATIONS.

**:CONTRACT-CLAIM-~12**: FOR THIS CONTRACT-STATES-VESSEL-CORPORATION OF THE PERSONS-HEREIN **ARE** WITH THE FULL-CLOSURE OF THIS CONTRACTING-VOLITION, C.-S.-S.-C.-S.-L.-CONSTITUTION, C.-S.-S.-C.-S.-L.-TREATY, and C.-S.-S.-C.-S.-L.-COOPERATION BY THIS C.-S.-C.-V.

**:CONTRACT-CLAIM-~13**: FOR THIS C.-S.-S.-C.-S.-L.-COURT OF THIS DOCUMENT-PAPER-VESSEL-COURT **IS** WITH THIS CHARTER-VESSEL BY THE CONTESTANT'S-CONTRACT WITH THIS C.-S.-S.-C.-S.-L.-CONTRACT OF THIS QUO-WARRANTO-COMPLAINT-LAWSUIT.

## ~95 FOR AN ALPHABETICAL-DICTIONARY OF THE C.-S.-S.-C.-S.-L.-TERMS:

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

~** = FOR THE TERM-CLAIMS OF THIS WORD: (116-TIMES)

~**: ADVERB: IS WITH THE MODIFICATION OF A FACT INTO A VERB-FICTION, ADJECTIVE OR ADVERB, WITH A CREATION OF AN OPINION, MODIFICATION OF A FACT, WITH A PLACEMENT OF AN ADVERB BEFORE A WORD-FACT[NOUN]=KNOWN IS WITH A CAUSE OF A MODIFICATION-CHANGE/MOTION/ACTION = VERB-FICTION.

~**: ADJECTIVE: IS WITH A MODIFICATION/COLORING OF A FACT IS WITH A CREATION OF A FICTION OF AN OPINION AND PRESUMPTION OF A FACT.

~**: ADJECTIVE IS WITH A COLORFUL-OPINION OF A FACT INTO A NO-NO-NO = PRONOUN.

~**: ARE = WITH THE VERB-PLURAL IN A C.-S.-S.-C.-S.-L.-SENTENCE.

~**: [ARTICLE=AILING] LODIAL FOR THIS SPECIFIC AND PLURAL = A, AN, THE, THIS, THESE, THEIR, OUR, THROUGH.

~**: AUTOGRAPH: IS WITH AN AUTHENTIC-SCRIPT AND PRINT

~**: BABBLE: TALK-COMMUNICATION, MURMURS, and SOUND-VOID-MEANINGS. (TO)+(TOO)+(TWO)+(2)+(~2)+(~TWO)+(FOR)+(FORE)+(FOUR)+(~4),+(4)+(~FOUR)

~**: BANK: JUDGMENT-CLAIM WITH AN AUTHORIZATION AS A JUDGE WITH A CONTRACT.

~**: BANKER: IS BANKER WITH A SWAP WITH THE COMMERCE OF THE POST-STAMPS-VALUES IN A JUDGMENT WITH AN AUTHORIZATION BY A CONTRACT.

~**: BREACH: IS WITH A VIOLATION OF A LAW, CLAIM, AND DUTY WITH A COMMISSION, OMISSION, and CONTRACT WITH A ONE-PARTY WITH A CONTRACT WITH A DUTY, AUTHORITY, FIDUCIARY, TERMS, And CONDITION OF THE CLAIMS OF A CONTRACT BY A PARTY.

~**: CHICANERY: IS WITH AN ARTFUL-SKILL OF A CONCEALMENT, TRICK.

~**: CIPHER: IS WITH A SYSTEM-KEY OR BILITERAL-SYMBOLS.

~**: CHARTER-VESSEL = FOR THE CLAIMS OF THIS CONTRACT IS WITH THE PERSONS/CORPORATION WITH THIS CORPORATION-CASE-CLAIM.

~**: CLAIMS: DI = ORIGINAL, STRICT = AUTHORITY, TERRITORY = LOCATION OF THIS CONTRACT-COURT-POST:

~**: CLAIMANT: IS WITH A VESSEL-BODY-THINKING WITH A CONTRACT-CLAIM OR DAMAGE-CLAIM IN AN OPEN-PORT-COURT.

~**: CLERK, DI-STRICT: IS DI=ORIGINAL WITH A STRICT=AUTHORITY OF A COURT=LOCATION WITH A CLERK'S-KNOWLEDGE OF THE METHODS OF A COURT-FILING WITH AN AUTHORIZATION BY A CIVIL-SERVICE-OATH.

~**: CLOUD: IS WITH THE COVER-UP BY A TRICK OR FRAUD.

~**: CLOWN: IS WITH THE BUFFOON OR JESTER/RUDE-VESSEL.

~**: COMMISSION-MERCHANT: IS WITH A VALUE-GAIN/PRIZE/SECURITY OF A FACT WITH A VESSEL-MERCHANT-COMPLIANCE OF THE MARITIME-METHOD-LAWS.

~**: COMMUNICATION-METHODS: ARE WITH THE SENTENCE-STRUCTURES OF THE ONE-THOUGHT-SENTENCE, WORD-OPERATIONS BY THE TERMS AND DEFINITIONS OF THE WORD-MEANINGS.

~**: CONTRACT: IS WITH THE CORPORATION OF THE TWO-OR-MORE-PERSONS/VESSELS WITH A JOINING/TREATY/JOINT-TENANTS/CONTRACT-STATES.

~**: COVENANT: IS PLEDGE AND HONOR-CLAIM

~**: CONTEST = FOR THIS TEST OF A CONTRACT.

~**: COPYCLAIM: IS AUTHORITY WITH A SCRIPT AND PRINT.

~**: CRITERION: IS WITH A BASIS-STANDARD OF A PLACEMENT OF THE JUDGMENTS WITH A MATHEMATICAL-KNOWLEDGE.

~**: DAIS: IS ELEVATE-PLATFORM IN A ROOM, AUDITORIUMS OR COURT-ROOM-METHOD OR STRUCTURE.

~**: DAMAGE OF A COMPETITION IS WITH THE CLAIMS OF A PAYMENT WITH A TERMINATION OF A VESSEL, PARTY, PERSON, CORPORATION, OR CONTRACT.

~**: DARKNESS: ARE FRAUD, FICTION, and VOID OF HONESTY.

~**: DROGUE: IS WITH A SEA-ANCHOR.

~**: DURESS: IS WITH A THREAT OF A PARTY WITH A FORCE OF A COMPLIANCE WITH A THREAT OF A BEATING, VIOLENCE, PAIN OR LOSS OF A FREEDOM BY A PRISON WITH A FINANCIAL-HARM WITH A COERCING IN A TITLE-~28: CHAPTER-~85: C.-S.-C.-S.-~1359, WITH A WILL OF A CHARTER-VESSEL WITH THE CLAIMS OF AN ACT-CONTRARY WITH A PARTY'S-VOLITION.

~**: ECSTATIC: IS WITH THE MENTAL-SLAVE OR VERB-SLAVE THROUGH A ENRAPTURE.

~**: EVIL: IS WITH THE VOLITION-BAD-CONDUCT OR VICIOUSNESS AGAINST A PERSON OR VESSELS.

~**: EURYDICE: IS WITH THE HUMANITY-VOID, DEAD, PSEUDONYM, FALSE-TEACHING

~**: FALSE-MODIFICATIONS OF A WORD ARE WITH THE VOID, FICTION, OR PERJURY OF THE WORD-QUALIFICATIONS AS A FICTION. FICTION-JUDGE. [ASSIGNMENT OF FICTION VALUE]

~**: FETICHISM: IS WITH THE BLIND-LEADERS OF THE BLIND-VERB-SERFS.

~88 FOR THE C.-S.-S.-C.-S.-L. OF THESE SYNTAX-CLAIMS: DATE-~25-~AUGUST-~1999, WITH THIS C.-S.-S.-C.-S.-L.-FLAG OF THIS DOCUMENT-VESSEL WITH THIS FLAG-CLAIM OF THE 10X19-DIMENSIONS WITH THE SEVEN-RED-STRIPES AND SIX-WHITE-STRIPS, WITH THESE FIFTY-STARS OF THE FIVE-POINTS WITH AN EQUAL-DIMENSIONAL-SPACING ON A (3X4)BLUE-FIELD-UNION OF THIS CONTRACT-STATES-CLAIMS-VESSEL-FLAG, WITH THE THIRTEEN-HORIZONTAL-STRIPES=(RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED OF AN EQUAL-HEIGHT) WITH A BLUE-UNION OF THIS 3-VERTICAL X 4-HORIZONTAL-FLY-DIMENSIONS WITH THE RATIO: 40%-UNION/60%-STRIPES ON THIS C.-S.-C.-V.-FLAG.

~**: FRIEND: IS WITH THE CLAIMS AS A VESSEL BY THE VESSELS.

~**: GUILD: IS COMMERCIAL-MERCHANT WITH THE USE OF THE SAFEGUARDS BY THE VESSELS.

~**: HEAD-MEN AND COMMANDER: IS AUTHORITY AND AUTHORIZATION WITH A VESSEL BY A CONTRACT.

~**: HEARING: IS WITH AN EVIDENCE-CLAIM AT A TRIAL WITH THE VOLITION OF THE MIND OR: COMMERCE.

~**: HECATOMB: IS WITH THE SLAUGHTER OF A VICTIM.

~**: HELE: IS WITH THE COVER-UP, HIDE OR CONCEAL

~**: HARBOR-AUTHORITY: IS WITH THE CLAIMS OF THE CONTRACT-STATES WITH THE FOUR-FOLD-CHARACTERISTICS WITH THE OWNERSHIP, TITLES, TIME AND POSSESSIONS OF A DUTY WITH THE MANAGING OF A VESSEL IN THE HARBORS AND PORTS WITH AN AUTHORIZATION BY A CONTRACT.

~**: HARBORMASTER: IS WITH THE NAVIGATOR-KNOWLEDGE OF A SAFE-ROUTE AND BREAKING-BULK IN A HARBOR OR PORT BY AN AUTHORIZATION-CONTRACT.

~**: HARBOR-PILOT: IS WITH THE NAVIGATOR-KNOWLEDGE OF A SAFE-ROUTE AND BREAKING-BULKS WITH A CORRECT-BERTHING OR MOORING IN A HARBOR OR PORTS BY AN AUTHORIZATION-CONTRACT.

~**: HELM-MASTER: IS WITH THE CLAIM OF THE CONTROL WITH AN AUTHORIZATION, BREAKING-BULK AND STEERING OF A VESSEL THROUGH THE HARBOR OR PORT WITH AN AUTHORIZATION-CONTRACT.

~**: IS = VERB-SINGULAR IN A C.-S.-S.-C.-S.-L.

~**: JARGON: IS WITH A VOID-SENSELESS-TALK OR VOID-COHERENT-TALK.

~**: JESTER: IS WITH A PAID-FOOL WITH A MEDIEVAL-COURT-PORT.

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

~**: **JOINT-TENANT:** ARE WITH THE ONE-OWNERSHIP, SAME-OWNERSHIP, ONE-CONVEYANCE AND SAME-CONVEYANCE WITH A COMMENCEMENT OF A ONE-TIME OR SAME-TIME-HOLDING OF A ONE-POSSESSION, WHOLE-POSSESSION OR SAME-POSSESSION.

~**: **JUDGE:** IS DI=ORIGINAL/STRICT=JURISDICTION OF A COURT=CLOSED-AREA, VENUE=LOCATION, CONTRACT, CONSTITUTION, ARBITRATION.

~**: **JUXTAPOSITION:** IS SIDE BY A SIDE AS A SYSTEM OR RULE.

~**: **KNOWLEDGE:** IS WITH A TRUTH, LEARNING, CLOSURE, AND POWER OF A KNOW WITH A MIND OF AN AUTHORIZATION BY A LIFEBIRTH.

~**: **KNOWN=FACT:** IS WITH A PARTY=CLAIM OF THE LIFE-VESSEL, PLACE/LOCATION, THING AND WITH THE **CONDITION OF A STATE** OR BEINGS/LIFE WITH AN AUTHORIZATION-PERSON BY A VESSEL-CONTRACT. **[NOUN=NO-NO=AILING]**

~**: **LEXICOGRAPHER:** IS WITH A MEANINGS OF A DICTIONARY WITH AN AUTHOR.

~**: **LIGHT:** IS WITH THE TRUTH AND HONESTY.

~**: **LIVERY:** IS WITH THE SWAP AND TRADE OF A CONTRACT.

~**: **LODIAL:** IS WITH AN AUTHORITY-COMMAND OF A LODIAL-TITLE-OWNER [ARTICLE=AILING]: WITH THE LODIAL-WORDS: THE, THIS, OUR, THESE, WITH, CLAIMS, WITH A CLAIM OF AN AUTHORITY OR COMMAND, WITH A **POSITION-LODIAL-FACTS** IN A NOW-TENSE BY AN AUTHORIZATION-QUANTUM-MATH.

~**: **LETTER-CARRIER:** IS WITH A CONVEYANCE OF THE MAIL AND LETTERS WITH A STAMP-FEE-PAY WITH THE BILLS OF THE LADINGS.

~**: **MAELSTROM:** IS WITH THE LARGE AND VIOLENT-WHIRLPOOL-FICTION.

~**: **MALICE:** IS WITH A VOLITION-HATE AND ILL-WILL OF A STATE WITH A MIND WITH A RECKLESSNESS OF A LAW AND LEGAL-CLAIMS OF A PARTY-PERSON-VESSEL.

~**: **MARKET-POST/PORT:** CONTRACT-STATES-PERSONS OF THIS CORPORATION-PAPER-VESSEL.

~**: **MASTER:** IS WITH AN AUTHORITY WITH THE DI=RECTIONS AND RULES WITH AN AUTHORIZATION BY A CONTRACT.

~**: **MAYAS:** IS WITH A FALSE-MIRROR[*ILLUSION*] OR GREAT-VOID.

~**: **MERCHANT:** IS WITH A VESSEL OF THE CONVEYANCE OR TRAFFIC WITH THE TRADES OF THE GOODS, CARGO, BUY AND SELL WITH A COMMERCIAL-LAW AND MERCHANT-LAW OF A SYSTEM AND RULES IN A HARBOR OR PORT BY AN AUTHORIZATION-CONTRACT.

~**: **MERCHANT-FLAG:** IS WITH A MERCHANT-FLAG OF A TITLE-~4: C.-S.-C.-S.-~1,~2 AND-~3, WITH A FLAG OF A MERCHANTMAN, WITH A COUNTRY BY AN AUTHORIZATION-CONTRACT.

~**: **MODIFICATION:** IS WITH THE CLAIM OF THE *PRESUMPTION, ASSUMPTION,* LIE, GUESS, PRETEND, ILLUSION, IMAGINATION, OR "CONCLUSION BEFORE THE FACT", FOR ALL PREFIXES OR SUFFIXES **ARE** WITH A FICTION-COMMUNICATIONS.

~**: **MONAD:** IS WITH A SUM OR FACTOR-COMBINATION OF A CIPHER-NUMBER WITH A CREATION OF A CONTROL THROUGH A MATH-QUANTUM.

~**: **NEOPHYTE:** IS WITH A NOVICE OR BEGINNER

~**: **NOTICE:** IS WITH A WRITING-COMMUNICATION-METHOD.

~**: **NUMERICAL-CIPHER:** IS WITH THE SUBSTITUTE-USE OF A NUMBER WITH A LETTER OR WORD OF A MEANING WITH A COMPLETE-ONE-THOUGHT IN A SENTENCE.

~**: **PERENNIAL:** IS WITH A LASTING-CORPORATION.

~**: **PURIFICATION:** IS WITH THE CLEANING OR CORRECTION OF A WRONG.

~**: **PORT:** IS WITH A LOCATION OF A MERCHANDISE, CARGO, MANIFESTS, BERTH BY A BILL OF THE LADING.

~**: **POST:** IS WITH A STATION OF A CONVEYANCE WITH A LETTER OR POSTAGE WITHIN A NEUTRAL-TERRITORY.

~**: **POSTMASTER:** IS WITH A PLACEMENT OF AN AUTOGRAPH THROUGH A STAMP WITH A STATION BY A MASTER.

~**: **PETTIFOGGER:** IS WITH A SCHEMES AND/OR TRICKSTER AS A LAWYER.

~**: **PILOT:** IS WITH A DUTY-CLAIM OF AN AUTHORITY WITH THE HELM-CONTROL OF A VESSEL OR SHIP-ROUTE

~**: **PILOT-AUTHORITY:** IS WITH THE KNOWLEDGE OF THE NAVIGATION IN A HARBOUR OR PORT BY A CONTRACT.

~**: **POSITION:** IS WITH THE COMMUNICATION-STRUCTURE OF THE WORDS: THROUGH, IN, WITHIN, BY, OF, FOR, WITH **ARE** WITH A NOW-TENSE-TIME BY A NOW-TIME-AUTHORITY.

~**: **PRONOUN** IS WITH A TERM AS A NO-NO=NO-MEANING OF A FRAUD/FICTION.

~**: **QUO-WARRANTO:** IS WITH A USURY-POSITION OF THE C.-S.-S.-C.-S.-L.-OATH

~**: **QUANTUM-MATH-COMMUNICATIONS-METHOD:** IS WITH THE CLAIMS OF THE MATH-OPERATION-CERTIFICATION WITH THE FRONT-WARDS-AND-BACKWARDS-AUTHORITY AND MEANING OF A SENTENCE WITH THE SAME-MEANING OR VALUE BY THESE METHODS.

~**: **RACKETEERING:** IS WITH A VALUABLE-THIN OF AN OWNER, PROPRIETOR OR/AND; CHARTER-VESSEL WITH A FINANCIAL-VALUE IN A BUSINESS-MEANS OF A THREAT WITH A FICTIONAL-COMMUNICATION-COURT-ORDER, WITH AN AILING-PAYMENT OF A FEES-DUE, WITH AN AILING-TERMINATION OF A PERSON'S-VESSEL-EQUITY, VALUE, SECURITY, PROPERTY, OR THINGS OF A VALUE.

~**: **RAPE:** IS WITH THE CLAIMS OF THE SEIZING, PLUNDER AND CARRYING-OFF WITH A TAKING-FORCE OF A CAUSE/CRIME.

~**: **RAPPORT:** IS WITH MUTUAL-TRUST AND HARMONY.

~**: **SALVOR:** IS WITH THE FREE-HELP OR FREE-*RESCUE* OF A VESSEL IN THE PERIL/DANGER, AS A VOLUNTARY-HELP, VOID OF A PAYMENT/FEE WITH AN AUTHORIZATION BY A CONTRACT.

~**: **SEA:** IS WITH THE VESSEL: PLANET-EARTH IN A SPACE OF A MILKY-WAY-GALAXY-SPACE AS A CONDITION OF THIS FACT.

~**: **SEAL:** IS WITH A CONTRACT OR GUARANTEE OF A CLOSURE WITH A CERTIFICATION BY AN AUTHORIZATION-MARK OR AUTOGRAPH.

~**: **SHIPPING-MERCHANT:** IS WITH A VESSEL OF A CONVEYANCE OR TRAFFIC WITH THE TRADE OF A THING, FACT, VALUE, GOODS, CARGO AND CONTRACT-CLAIMS WITH A COMMERCIAL-LAW AND MERCHANT-LAW OF A SYSTEM WITH THE RULES/CODES IN A HARBOR OR PORT BY AN AUTHORIZATION-CONTRACT.

~**: **SEVERING:** IS WITH THE LIVERY OF A QUIT, END, STOPPING, OR VOID-FICTION-COMMUNICATIONS.

~**: **SEPARATION:** IS WITH A DIVISION OF A THING, FACT, AND CONTRACT.

~**: **SERF:** IS WITH THE FICTION-COMMUNICATION-USURY OF A SLAVE.

~**: **SHIPPING-COMMISSIONER:** IS WITH A SUPERINTENDENT OF A PAYMENT AND DUTY WITH THE BOOKS AND PORT-POSTINGS OF THIS SEAMAN'S-VOYAGE-CLAIM.

~**: **STATE:** = FOR THE PARTY OF THIS LIFE, CITIZEN OF THIS CONTRACT, VESSEL OF THIS MARITIME, ORIGINAL-LOCATION = DI-STRICT = ORIGINAL-AUTHORITY, CONDITION OF A FACT, CITIZEN, PERSON, CONTRACT, CONSTITUTION, SOVEREIGN, THING OR VESSEL.

~**: **STATION:** IS WITH THE CLAIMS OF A LOCATION WITH THE DUTIES WITH THE POST-STAMPS-FEES OF A FREE-FLOW IN COMMERCE.

~**: **STRIKING:** IS WITH THE TERMINATION OF A WRONG(ERROR,).

~**: **SUIT:** IS WITH THE CLOSURE OF A CONTRACT-GRIEVANCE BY A COURT.

~**: **SUSPENSION:** IS WITH A TERMINATION-POSITION BY AN AUTHORITY

~**: **TACIT:** IS WITH A VOID-CONTRACT.

~**: **TILE:** IS WITH A CLAIM AS A COVER-UP, HIDE OR CONCEAL.

~**: **TEGERE:** IS WITH A COVER-UP

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

~**: **TRANSPORT:** IS WITH THE MOVING OF A CARGO OR THING WITH A CONTRACT.

~**: **TORT:** IS WITH A <u>PRIVATE, CIVIL-WRONG, AND DAMAGE.</u>

~**: **CONTRACT:** IS WITH THE <u>TWO-OR-MORE-JOINING-PARTIES</u>, <u>CONTRACT OF AN ESTATE.</u>

~**: **CONTRACT-STATES** IS WITH THE <u>TWO-OR-MORE-PERSONS</u> OF A CORPORATION OF THE PARTIES BY A CONTRACT.

~**: **VARIANCE:** IS WITH AN OPINION OF A CLOSED-CONTEST BY A COURT-RULE.

~**: **VASSALEE:** IS WITH AN EMPLOYEE AS A SERVANT OF A CONTRACT-DUTY.

~**: **VESSEL:** IS WITH THE THINKING, THOUGHT, MINISTRATOR, BARRISTER, <u>BILL OF A LADING</u>, CITIZEN, CLERK, COURT, CRIMINAL, CUSTODIAN, DEFENDANT, DOCUMENT, FILE, ITEM, JUDGE, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER, ORGANIZATION, OWNER, PAPER, PEOPLE, PERSON, PLAINTIFF, PLEADER, PLEADING, THING, <u>FIDUCIARY-PARTY</u>, SECRETARY, SOVEREIGN, STAFF, STATE, TENANT, TERRITORY, WARRANT, WITNESS OR FACT.

~**: **VOLITION:** IS WITH THE <u>THINKING</u> + :KNOWLEDGE = :CLAIM(+−) WITH A LIVE-LIFE.

~**: **WAIVE:** IS WITH A CLAIM OF THE SURRENDER, GIVE-UP, TERMINATION, QUIT, STOP OR END OF A <u>POSITIONAL-CLAIM</u> BY A VOLUNTARILY-VOLITION.

~**: **WITNESS:** IS WITH THE VIEW AND TESTIMONY OF A CLAIMANTS'-KNOWLEDGE BY THE FACTS.

:**VASSAL** = FOR THE SERVANT OF A <u>CONTRACT/CORPORATION:</u> (LAWYER, ATTORNEY, JUDGE, POLICE, SHERIFF, CLERK, CLAIMANT, VASSALEE OR PERSON.

: **VASSALEE** = FOR THIS <u>SERVANT-EMPLOYEE</u> OF THIS CHARTER-VESSEL-CONTRACT.

: **VESSEL** = FOR THIS <u>MARITIME-VESSEL-PAPER</u>, CORPORATION, PERSONS, STRUCTURE, SHIP, <u>MARITIME-DRYDOCK-COURT-VESSEL</u> OR FACT.

FOR THE <u>POSITION-LODIAL-FACT-PHRASES OF THESE NOW-TIME-WORDS</u> **ARE** WITH AN <u>OPERATIONAL-STRUCTURE-CLAIM</u> OF THE <u>C.-S.-S.-C.-S.-L.</u> WITH THIS <u>WRITING-DAMAGE-COMPLAINT BY THE SENTENCE-STRUCTURES.</u>

: **VOLITION** = :<u>KNOWLEDGE-THINKING = WILLFUL-MOVING-CLAIMS OF A LIFE-BEING.</u>

: **USURY** = FOR A <u>THING/FACT/DUTY</u> OF A <u>CONTRACT-JOINING</u> IS WITH THIS <u>COMPLIANCE-CLAIM</u> OF A <u>DUTY-CORPORATION</u> BETWEEN THE <u>TWO-OR-MORE-CONTRACTING-PERSONS.</u>

: Aurora-Isidora-Diaz :Party: ~13~ September~ 2010

: :Aurora-Isidora:Diaz [~9502 ~Linda-Lane, Cypress, CA~~90630]

:_____/s/David-Wynn: Miller/s/: David-Wynn: Miller. ~13~ September~ 2010

: AUTOGRAPH: David-Wynn: Miller. : Plenipotentiary-Judge.

~5166~~NORTH-~63rd: STREET,-~~MILWAUKEE,-~~WISCONSIN,-~~53218

FOR THIS <u>COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009</u> BY THE <u>PLENIPOTENTIARY-JUDGE:</u> David-Wynn: Miller AND <u>CLAIMANT.</u>    11

*BOXING = OMIT - VOID* (handwritten)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor-Laguna Hills Facility - 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251
☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ Lamoreaux - 341 The City Drive, Orange, CA 92868-3205
☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500
☒ West - 8141 13th Street, Westminster, CA 92683-4593

PLAINTIFF/PETITIONER: BANK OF AMERICA

DEFENDANT/RESPONDENT: DIAZ

| NOTICE OF RULING | CASE NUMBER:<br>30-2009-00310725 |
| --- | --- |

Date: 09/02/2010

Judge: COMMISSIONER GLENN MONDO

☐ On Court's own motion, case dismissed pursuant to the Orange County Superior Court Rules.

☒ Other (specify): SEE ATTACHED MINUTE ORDER.

---

CLERK'S CERTIFICATE OF MAILING

BARRETT, DAFFIN, FRAPPIER,
TREDER & WEISS, LLP
20955 PATHFINDER RD., SUITE 300
DIAMOND BAR, CA 91765

AURORA I. DIAZ
9502 LINDA LANE
CYPRESS, CA 90630

** MARY FARRIS
9502 LINDA LANE
CYPRESS, CA 90630

SERGIO GONZALEZ
9502 LINDA LANE
CYPRESS, CA 90630

I certify that I am not a party to this action and that this certificate was mailed in accordance with Section 1013a of the Code of Civil Procedure. A copy of this Notice of Ruling was deposited in the United States mail, in a sealed envelope with postage fully prepaid addressed as shown above. The mailing and this certification occurred at (place) WESTMINSTER, California, on (date): SEPTEMBER 03, 2010.

ALAN CARLSON, Clerk of the Court

By: AVERELYU
DEPUTY CLERK

| :Syntax-word-key-meaning: | |
| --- | --- |
| 1=Adverb | 8=Past-time |
| 2=Verb | 9=Future-time |
| 3=Adjective | D=Conjunction |
| 4=Pronoun | NC=No-Contract |

FOR THIS DOCUMENT IS
WITH THE 82-SYNTAX-COMMUNICATION-
ERRORS AND BOXING-VOID-AREA. (handwritten)

NOTICE OF RULING

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
WEST JUSTICE CENTER
MINUTE ORDER

Date: 09/02/2010          Time: 08:57:00 AM          Dept: W10

Commissioner: Glenn Mondo
Clerk: Carole Rodriguez
Reporter/ERM:
Balliff/Court Attendant:

Case No: 30-2009-00310725-CL-UD-WJC  Case Init. Date: 10/13/2009
Case Title: Bank of America National Association as Successor by Merger to Lasalle Bank National Association, as rustee for Morgan Stanley Mortgage Loan Trust 2006-2 vs. Diaz
Case Category: Civil - Limited          Case Type: Unlawful Detainer - Residential

EVENT ID/DOCUMENT ID: 71057563
EVENT TYPE: Chambers Work

APPEARANCES

There are no appearances by any party.

Defendant's ":CONTRACT- POSTAL- SERVICE-DI-STRICT-COURT, WITHIN, THIS CALIFORNIA-TERRITORY," received on August 30, 2010. This document was rejected for filing for failure to comply with CRC 2.111, and failure to constitute a cognizable post-judgment pleading. No action taken.

*93-SYNTAX-ERRORS*
*:FRAUD-COURT-DOCUMENT.*
*TITLE~15: U.S.C.S. 1692e*
*TITLE~18: U.S.C.S. 1001*
*TITLE~15: U.S.C.S. 78FF*
*TITLE~28: U.S.C.S. 636 "C"*

:Syntax-word-key-meaning:
1=Adverb          8=Past-time
2=Verb            9=Future-time
3=Adjective       0=Conjunction
4=Pronoun         NC=No-Contract

p.2          4144663584          Miller          Sep 11 10 02:18p




10 AUG 30 PM 3:10

:C.-S.-S.-C.-S.-L.-FLAG OF THIS CORPORATION-VESSEL:

# :CONTRACT-STATE-POSTAL-SERVICE-DI-STRICT-COURT

## WITHIN THIS CALIFORNIA-TERRITORY:

FOR AN **AILING-COMMUNICATION-SYNTAX-LANGUAGE-COURT** of the **NEW SOUTH WALES-TERRITORY IS** WITH THE **DAMAGE-CLAIM** OF THE **FICTION-SYNTAX-LANGUAGE** WITH THE **DOCUMENT-FILING BY THESE VASSALEES.**

:POSTAL-SERVICE-COURT-JURISDICTION-~30-~JUNE-~2010.
### :COMPLAINT-QUO-WARRANTO ON A CONTRACT-DUTY-FRAUD:
### :POSTAL-SERVICE-CORPORATION-DOCKET-NUMBER-~30-2009-00310725-CL-UD-WJC OF THE CASE-INITIATION-DATE-~13-~OCTOBER-~2009

FOR THIS QUO-WARRANTO-COMPLAINT OF THE CLAIMANT: AND: PLENIPOTENTIARY-JUDGE: David-Wynn: Miller **ARE** WITH THE CLAIM OF THE **TITLE-~42: CONTRACT-STATES-CLAIM-SECTION-~1986** WITH THE KNOWLEDGE OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE **(C.-S.-S.-C.-S.-L.)** OF THE VASSALEES'-FICTIONAL-DOCUMENT-COMMUNICATIONS WITH AN **AILING-DOCKET-NUMBER-~30-2009-00310725-CL-UD-WJC** BY THESE VASSALEES.
**:ABBREVIATION-SYNTAX-KEY:**
:C.-S.-C.-V. = CONTRACT-STATES-CORPORATION-VESSEL.
:C.-S.-S.-C.-S.-L.=:CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE.
FOR THIS DRY-DOCK-VESSEL-COURT OF THE ONE-LEVEL-SAME-PLANE **IS** WITH THE CONTRACT-STATES-POSTAL-SERVICE-COURT-DOCUMENT-VESSEL OF THIS QUO-WARRANTO-COMPLAINT BY THE CLAIMANTS-KNOWLEDGE.
**:Aurora-Isidora: Diaz** [~9502 ~Linda-Lane, Cypress, CA-~90630]
:David-Wynn: Miller, :Plenipotentiary-Judge(Witnessing)5166~N.-~63-~MILWAUKEE,-~WI.-~53218
**: CONTRACT :**
**Glenn MONDO**
**Jay Tennenbaum** [attorney for the vassalee]
**BANK OF AMERICA NATIONAL ASSOCIATION**[ AS THE SUCCESSOR BY THE MERGER TO THE LASALLE BANK NATIONAL ASSOCIATION, AS THE **RUSTEE** FOR THE (MORGAN STANLEY MORTGAGE-LOAN TRUST 2006-2 vs. Diaz)(**RUSTEE=CORROSION-EMPLOYEE**)]
**:VASSALEES:**

**~1** FOR THE CLAIMANTS'-KNOWLEDGE OF THIS QUO-WARRANTO-COMPLAINT **ARE** WITH THE CLAIMANT'S-DAMAGE-CLAIMS BY AN **AILING-COMMUNICATION-EVIDENCE-FRAUD** WITH THE VASSALEES-WORD-SYNTAX-DOCUMENT-EVIDENCE OF AN AILING-COMMUNICATION-MODIFICATIONS WITH THE WORD-PHRASES WITH THE FICTIONAL-MODIFICATION-WORD-MEANINGS-CLOSURE OF THE **DOCUMENT-EVIDENCE #A**, BY THE VASSALEES'-CONFESSION-VIOLATIONS AGAINST THE CLAIMANT.
**~2** FOR THE **C.-S.-S.-C.-S.-L.-CONTRACT-STATES-POSTAL-SERVICE** OF THE FACTS **IS** WITH THE CLAIMS OF THIS MARITIME-VESSEL-COMPLAINT WITH THE COMMUNICATION-CORRECTIONS OF THE **VASSALEES'-COMMUNICATION-SYNTAX-EVIDENCE** WITH THE FICTIONAL-AILING-WORD-TERMS, VOID-COMMUNICATION-AUTHORITY, VOID-COMMUNICATION-CAPTURE-WARRANT, VOID-C.-S.-S.-C.-S.-L., AILING-WORD-OPERATIONS, AILING-WORD-MODIFICATIONS, VOID-COMMUNICATION-CLOSURE, FICTIONAL-SYNTAX-COMMUNICATIONS=PERJURY AND WITH THE VOID-COMMUNICATION-OPINIONS AGAINST THE CLAIMANT: Diaz WITH THE FICTIONAL-GAINS BY THE VASSALEES'-CRIMINAL-CONFESSIONS.

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.   1

:David-Wynn: Miller.

: Aurora-Isidore-Diaz: P____.

**~3** FOR THIS <u>DAMAGE-CASE</u> OF AN <u>AILING-COMMUNICATION-WRITING-CONFESSIONS</u> **ARE** WITH THE <u>VASSALEES'-DOCUMENT-EVIDENCE</u> OF AN IDENTIFYING-SYNTAX WITH THE <u>FICTIONAL-AILING-WORD-OPINION</u> BY A **SYNTAX-NUMBERING-KEY-SYSTEM** WITH THE SPACE-CONSOLIDATION OF THE SYNTAX-WORD-MEANINGS: **1**=ADVERB, **2**=VERB, **3**=ADJECTIVE, **4**=PRONOUN, **5**=POSITION, **6**=LODIAL, **7**=FACT **8**=PAST-TIME, **9**=FUTURE-TIME-FICTION, **0**=CONJUNCTION=(AND/OR), **DPV**=DANGLING-PARTICIPLE-VERB AND WITH THE VOID-SENTENCE-OPERATIONS OF AN <u>IDENTIFICATION</u> WITH EACH WORD AND WITH THE <u>CONNECTION-MODIFICATIONS</u> WITH EACH OTHER-WORD OF THE **DATE-** STARTING-DOCUMENTS BY THE <u>VASSALEES'-FICTIONAL-PERJURY-PLEADINGS</u> WITH THE <u>VASSALEES'-PLEADINGS</u> BY THE <u>FICTIONAL-ILLUSIONS</u> AGAINST THE CLAIMANT
**FOR THE CAUSES OF THIS COMPLAINT**
**~4** FOR THE **SYNTAX-EVIDENCE** OF THE FACTS **ARE** WITH THE <u>WEBSITE-COPYCLAIM-CLAIMS</u> BY THE WEBSITE: WWW.DWMLC.COM AND WITH THE CLAIMANT: <u>David-Wynn: Miller, :Plenipotentiary-Judge.</u>
**~5** FOR THE **QUO-WARRANTO-COMPLAINT-DOCUMENT** OF THESE FACTS **ARE** WITH A <u>SECURITY-CLAIM</u> BY THE <u>COURT-CLERK-DOCKETING-DUTY</u>: TITLE-~28: C.-S.-C.-S.-~1361.
**~6** FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **IS** WITH THIS CLAIM OF THE <u>FILING-FEE</u> WITH THE <u>DRYDOCK-COURTHOUSE-MARITIME-VESSEL</u> OF THE <u>CONTRACT-STATES-POSTAL-SERVICE-COURT</u> OF THIS <u>CALIFORNIA-TERRITORY-JURISDICTION.</u>
**~7** FOR THE SYNTAX-CORRECTIONS OF THE <u>ENGLISH-COMMUNICATION-SENTENCE-STRUCTURES</u> **ARE** WITH THE <u>COMMUNICATION-IDENTIFYING-CLAIMS</u> OF THE WORD-SYNTAXING-USES WITH THE FRAUDULENT-AILING-PLEADING-WORD-OPERATIONS=CONNECTING-WORD-SYNTAX-OPERATIONS) PRONOUN-ADVERB-VERBS-SYNTAX-PHRASES, ADVERB-VERBS-SYNTAX-PHRASES, ADVERB-ADJECTIVE-PRONOUN-SYNTAX-PHRASES AND PRONOUN-ADVERB-ADJECTIVE-PRONOUN-SYNTAX-PHRASES AND ADJECTIVE-PRONOUN-SYNTAX-PHRASE WITHIN THIS <u>CHARTER-VESSEL-PAPER</u> OF THE <u>CONTRACT-STATES-CONTRACT-CORPORATION-STATUES</u> WITH THE <u>MODIFICATION-WORD-OPERATIONS</u> BY THESE VASSALEES.
**~8** FOR THE CLAIMANTS OF THIS VESSEL **ARE** WITH THE <u>C.-S.-S.-C.-S.-L.-CLAIMS</u> OF THE <u>FACTUAL-SENTENCE-STRUCTURE-WORDING</u>, <u>FIDUCIARY-OATHS</u> BY THE VASSALEES AND: CLAIMANTS.
**~9** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE <u>FICTIONAL-COMMUNICATION-WRONGS</u> WITH THE <u>CORRECTION-AUTHORITY</u>: **TITLE-~42: C.-S.-C.-S.-~1986** AGAINST AN <u>AILING-SENTENCE-WORDING</u> WITH THE <u>CONTRACT-STATES-POSTAL-SERVICE-DISTRICT-COURT</u> BY THE VASSALEES.
**~10** FOR THE **PERJURY: TITLE-~18: C.-S.-C.-S.-~1621** OF EACH WORD'S-MODIFICATION-VOID-MEANING AGAINST AN ORIGINAL-FACT **ARE** WITH THE CLAIMS ADVERB-VERB-SYNTAX-PHRASES, ADVERB-ADJECTIVE-PRONOUN-SYNTAX-PHRASES AND PRONOUN-ADVERB-VERB-SYNTAX-PHRASES, PRONOUN-ADVERB-ADJECTIVE-PRONOUN-SYNTAX-PHRASES AND: ADJECTIVE-PRONOUN-SYNTAX-PHRASES OF THE MAIL-FRAUD-BANKING-CAUSE: **TITLE-~18: C.-S.-C.-S.-~1341** WITH THE COMMUNICATIONS-DAMAGE: **TITLE-~18: C.-S.-C.-S.-~1001 AND: TITLE-~15-~CHAPTER-~2b-~SECTION-~78-~ff** [$25-million-fine, 30-years-jail] BY THE (guilty).
**~11** FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THE <u>LAWFUL-CORRECT-SENTENCE-STRUCTURE</u>, CORRECT-DOCUMENT-COMMUNICATION-CLOSURE, CORRECT-GOVERNMENT-AUTHORITIES, CORRECT-COMMUNICATIONS OF A PUBLIC-EMPLOYEE'S-OATH AND: CORRECT-COMMUNICATION-NOW-TIME-CONTRACT-DUTY WITH THE LAWFUL-COMMUNICATION-CODES OF THE <u>C.-S.-S.-C.-S.-L.-FACTS</u> WITH THE **POSITIONAL-LODIAL-FACT-PHRASES** BY THE VASSALEES.

**~12** FOR THE <u>FORCEFUL-STEALING</u> OF THE <u>CLAIMANTS'-FREEDOM</u> **IS** WITH THIS <u>EVIDENCE-CLAIM</u> OF THE <u>PUBLIC-EMPLOYEES'-WAGES</u> WITH THE <u>WITHDRAWING-PUBLIC-TAX-FUNDING</u>: **TITLE-~18: C.-S.-C.-S.-~641-~665** WITH THE THEFTS OF THE VALUES WITH THE <u>FRAUDULENT-TAKING</u> OF THE <u>PUBLIC-FUNDS</u> WITH AN <u>AILING-SYNTAX-VOID-COMMUNICATIONS</u>, **FICTIONAL-COMMUNICATION-FILING-CLAIMS: MISAPPROPRIATION OF THE PUBLIC-TAX-MONEY** AS AN ACTOR WITH THE <u>TRICKERY,</u> FRAUD, *OPINIONS, PRESUMPTIONS, ASSUMPTIONS,* GUESSING, <u>PERJURIES</u> AND: <u>PERJURY-OATHS</u> BY THE <u>CONSPIRACY-COVER-UPS</u> WITH THE <u>CONTRACT-ACTING</u> BY THE VASSALEES.

**~13** FOR THIS COMPLAINT OF THE FACTS **ARE** WITH THE <u>C.-S.-S.-C.-S.-L.-CLAIMS</u> OF THE <u>CONTRACT-STATES-CORPORATION-VESSEL(C.-S.-C.-V.)</u> WITH THE <u>COMPETENT-KNOWLEDGE</u> BY THE <u>JUDGES, ATTORNEYS, CLERKS, SHERIFF, BAILIFFS</u> AND: <u>VASSALEES.</u>

**~14** FOR THE <u>PERJURY</u> OF AN OATH: TITLE-~18: C.-S.-C.-S.-~1621 **IS** WITH THIS <u>DAMAGE-CLAIM-DOCUMENT-EVIDENCE</u> AGAINST THE VASSALEES' BY THE CLAIMANTS.

**~15** FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THE CORRECTION OF THE <u>COMMUNICATION-PAPERS-VESSEL-DOCUMENTS</u> WITH THE <u>SEVERAL-STRAIGHT-LINES</u> AND: <u>SEVERAL-CURVE-LINES</u> OF A <u>VOID-MEANING,</u> <u>VOID-CONTRACT</u> AND: <u>VOID-VENUE-JURISDICTION</u> BY THE VASSALEES.

**~16** FOR THE <u>COURTHOUSE</u> AS A <u>DRYDOCK-VESSEL</u> **IS** WITH A <u>FLAG-JURISDICTION-CLAIM</u> OF A <u>FOREIGN-VESSEL</u> WITH THE <u>PORT-AUTHORITIES</u> OF A <u>DRY-DOCK-REGISTRY</u> WITH THE <u>CONTRACT-STATES-POSTAL-SERVICE</u> OF AN <u>CALIFORNIA-TERRITORY</u> WITH THE <u>MODIFICATION-VIOLATION</u> OF THE <u>FRAUDULENT-CONVEYANCE-COMMUNICATIONS</u> WITH THE **TITLE-~18: C.-S.-C.-S.-~1001** BY THE VASSALEES.

**~17** FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THE LAW: **TITLE-~42: C.-S.-C.-S.-~1986** WITH THE CORRECTION OF THESE WRONGS AND WITH THE NAMING OF THE <u>CO-CONSPIRATOR</u> WITH THE <u>FRAUD-LANGUAGE-CHARGES</u> AND WITH THE **COLLUSION: TITLE-~28: C.-S.-C.-S.-~1359** WITH THE VACATING OF THE **FICTITIOUS-CONVEYANCE OF THE COMMUNICATIONS: TITLE-~18: C.-S.-C.-S.-~1001** AGAINST THE CLAIMANTS WITH THE <u>PAPER-DOCUMENT-EVIDENCE</u> OF THE <u>WORD-COMMUNICATION-MODIFICATION-WRONG-DAMAGES</u> BY THE VASSALEES.

**~18** FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE **TITLE-~18: C.-S.-C.-S.-~1342** OF THE <u>CLAIMANTS'-MAIL-FRAUD-NAME</u> **IS** WITH THE <u>NOM-DE-GUERRE-CLAIM</u> OF A <u>DEAD-PERSON</u> BY THE VASSALEES.

**~19** FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE <u>C.-S.-C.-V.</u> **ARE** WITH THE <u>DUTY-CLAIMS</u> OF THE CORRECTIONS WITH THE **TITLE-~42: C.-S.-C.-S.-~CHAPTER-~16-~SECTION-~12182** BY THE <u>NEGLIGENT-COMMUNICATION-DAMAGES</u> AND: BIAS BY THE VASSALEES.

**~20** FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE **TITLE-~28: C.-S.-C.-S.-~1359**, WITH THE <u>AILING-COLLUSIONS</u> BY THE THREAT, SCARE OR: PRISON **ARE** WITH THE <u>VIOLATION-CLAIM</u> OF THE <u>AILING-COMMUNICATION-CLOSURE</u> WITH THE <u>MODIFICATION-WORD-MEANINGS</u> BY THE VASSALEES.

**~21** FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE **TITLE-~18: C.-S.-C.-S.-~241** WITH THE CONSPIRACY OF AN <u>AILING-COMMUNICATION-MODIFICATIONS</u> **ARE** WITH THE <u>REPUTATION-DAMAGES-CLAIMS</u> BY THE VASSALEES.

**~22** FOR THIS **TITLE-~28: C.-S.-C.-S.-~636-~4-~c-~1** **IS** WITH THE CLAIMS OF THE **CONSENT** WITH THE <u>VESSEL'S-AUTHORIZATION</u> OF THIS <u>C.-S.-S.-C.-S.-L.-HEARING</u> WITH THIS <u>C.-S.-C.-V.</u>

FOR THIS <u>COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009</u> BY THE <u>PLENIPOTENTIARY-JUDGE:</u> David-Wynn: <u>Miller</u> AND <u>CLAIMANT.</u>

3

~23 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE <u>GRIEVANCE-COMPLAINT-FILINGS</u>
**ARE** WITH THE CLAIMS OF AN <u>OPEN-COURT</u> WITH THE **<u>C.-S.-S.-C.-S.-L.</u>** OF THE
<u>COMMUNICATION-COMPLAINTS</u> BY THE VASSALEES AND: CLAIMANTS.
~24 FOR THIS **<u>TITLE-~42: C.-S.-C.-S.-~1988-a</u> IS** WITH AN <u>AUTHORIZATION-</u>
<u>PUNISHMENT</u> OF THE <u>SUITABLE-CLAIMS</u> WITH THE COMPENSATION, FINES, OR
PENALTIES OF A FEE IN THIS <u>PORT/STATION</u> OF THIS CORPORATION-VESSEL
WITH THIS <u>GUILTY-PLEA</u> WITHIN THE <u>TRIAL-LAWS</u> OF AN <u>AUTHORIZATION-PORT</u>.
~25 FOR THIS **<u>TITLE-~29: C.-S.-C.-S.-~CHAPTER-~16-~SECTION-~701-~c-~2</u>**
OF A POLICY WITH THIS <u>FRAUD-COMMUNICATIONS</u> OF AN OATH, COVENANT OR
FACT AND WITH THE **<u>TITLE-~15: C.-S.-C.-S.-1692-~e</u>** WITH THE FALSE AND
<u>MISLEADING-STATEMENTS</u> **ARE** WITH THE CLAIM OF THE **<u>PERJURY: TITLE-~18:</u>**
**<u>C.-S.-C.-S.-~1621</u>** WITH THE CONVICTIONS AND: DAMAGES OF THE BREACH WITH
THE <u>CONTRACT-CLOSURE-TERMS</u> OF THE <u>FALSE-STATEMENTS</u>, OATH AND: COVENANT
WITH THE <u>PRONOUNS, VERBS OR ADJECTIVES</u> BY THE VASSALEES.
~26 FOR THE <u>CLAIMANTS'-FICTION-COMMUNICATION-NAMES</u> OF THE **<u>TITLE-~18:</u>**
**<u>C.-S.-C.-S.-~1342</u> ARE** WITH THE <u>COLLECTION-CLAIM</u> OF A SECURITY, FEE,
VALUE, OR MONEY WITH THE <u>FRAUDULENT-COMMUNICATION-METHODS</u> OF THE
<u>VASSALEES-EVIDENCE-DOCUMENTS</u> WITH THE LAW-**<u>TITLE-~18: C.-S.-C.-S.-~1001</u>**
WITH THE <u>FICTION-COMMUNICATION-USES</u> BY THE VASSALEES.
~27 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE <u>CITIZEN'S-OATH</u> **ARE** WITH THE
CLAIMS OF THIS **<u>TITLE-~42: C.-S.-C.-S.-~1986</u>** WITH THIS <u>AUTHORIZATION-</u>
<u>KNOWLEDGE</u> OF THE STOPPING OF THE <u>COMMUNICATION-SYNTAXING-WRONGS</u> AND
WITH THE <u>SYNTAX-COMMUNICATION-CORRECTION</u> OF THE <u>FICTIONAL-AILING-</u>
<u>COMMUNICATION-LANGUAGE</u> OF THE VASSALEES WITH THIS <u>QUO-WARRANTO-</u>
COMPLAINT BY THE C.-S.-C.-V.-COURT-CLERK'S-DOCKETING.
~28 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CONTRACT-
SALVAGE-CLAIMS OF THE **<u>TITLE-~46: C.-S.-C.-S.-~781</u>** AGAINST THE
<u>VASSALEES-DERELICT-PAPER-VESSEL</u> BY THE CLAIMANTS.
~29 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF A
<u>PUBLIC-CIVIL-SERVANT'S-OPERATIONS-OATH</u> WITH THE **<u>C.-S.-S.-C.-S.-L.</u>** OF
THE **<u>POSITIONAL-LODIAL-FACT-PHRASE</u>** WITH THIS <u>CONTRACT-MANIFEST: **TITLE-**</u>
**<u>~46: C.-S.-C.-S.-~314</u>** BY THIS **<u>C.-S.-C.-V.</u>**
~30 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE COMPULSION-
DUTY-CLAIMS OF THE <u>DOCUMENT-FILING-SERVICES</u> WITH THE **<u>TITLE-~28: C.-S.-</u>**
**<u>C.-S.-~1361</u>** BY THIS <u>C.-S.-C.-V.-COURT-CLERK</u>.
~31 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>FILING-</u>
<u>DUTY-CLAIMS</u> OF THIS **<u>TITLE-~28: C.-S.-C.-S.-~1869</u>** WITH THIS <u>C.-S.-C.-</u>
<u>V.-COURT-CLERK</u>.
~32 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF
THIS <u>OPEN-MARKET-COURT</u> WITH THE LODGES AND: FILINGS WITH THIS **<u>TITLE-</u>**
**<u>~28: C.-S.-C.-S.-~452</u>** BY THIS <u>C.-S.-C.-V.-COURT-CLERK</u>.
~33 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF
THE <u>SERVICING-DOCUMENTS</u> WITH THIS **<u>C.-C.-5</u>** BY THE <u>C.-S.-C.-V.-COURT-</u>
<u>CLERK</u>.
~34 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF
THIS **<u>COURT-ONE-LEVEL-PLANE-JURISDICTION</u>** WITH THE **<u>C.-S.-S.-C.-S.-L.-</u>**
<u>WITNESSING</u> BY THE CLAIMANTS AND: VASSALEES.
~35 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF
THIS <u>MARITIME-VENUE</u> WITH THIS <u>DRYDOCK-QUO-WARRANTO-COMPLAINT-VESSEL-</u>
COURT OF THE <u>CONTRACT-STATES-POSTAL-SERVICE-PORT-AUTHORIZATION</u> WITH
THE **<u>TITLE-~46: C.-S.-C.-S.-~782</u>** BY THIS CLERK.
~36 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>EVIDENCE-</u>
<u>FRAUD-COVERY-CLAIMS</u> OF THE **<u>C.-C.-~60-~b</u>**, BY THE VASSALEES.

~37 FOR THE **SUPREME COURT** OF A <u>FICTION-COMMUNICATION</u> **ARE** WITH THE <u>VOID-JOINING-CLAIM</u> OF AN <u>AUTHORITY-FORCE</u> WITH THIS <u>TRUTH-COMMUNICATION'S-COMPLAINT</u> WITH THE <u>AUTOGRAPH-CONFESSIONS</u> BY THE VASSALEES.

~38 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE BILL OF THE <u>LADING-CLAIMS</u> WITH THE <u>AUTOGRAPHS-JOINING</u> ON THIS <u>POSTAGE-STAMP</u> BY THE <u>POSTMASTER-AUTHENTICATION</u> WITH THIS **TITLE-~49: C.-S.-C.-S.-~80102** OF THE <u>CONTRACT-STATES-CORPORATION-CUSTOMS</u> WITH THE <u>CONTRACT-STATES-POSTAL-SERVICE</u> BY THIS <u>AUTHORIZATION-C.-S.-C.-V.</u>

~39 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>SAFEGUARDING-DUTY-CLAIM</u> OF THE <u>SYNTAX-WORDING-NUMERICAL-CIPHERS</u> WITH THIS C.-S.-C.-V. BY THIS CLAIMANT.

~40 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE <u>FICTITIOUS-COMMUNICATIONS-SYNTAX, AILING-FOREIGN-KIDNAPPING</u> AND: <u>NECROMANCY</u> BY THE VASSALEES.

~41 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE **C.-S.-S.-C.-S.-L.-CLAIMS** OF THE <u>MARITIME-VESSEL-COURT-DOCUMENT-SERVICE-METHODS</u> WITH THE <u>C.-C.-~12-~b-~7, C.-C.-~12-~b-~6, C.-C.-~12-~b-~5, C.-C.-~12-~b-~4, C.-C.-~12-~b-~3, C.-C.-~12-~b-~2</u> AND: <u>C.-C.-~12-~b-~1</u> OF THIS CORPORATION-CASE-NUMBERS AND: JOINER-CASE-NUMBER BY THE VASSALEES.

~42 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THIS <u>COPYCLAIM-VESSEL-CONTRACT</u> WITH THIS AUTHORIZATION OF THIS **C.-S.-C.-V.-TITLE-~17: C.-S.-C.-S.-~1202** BY THE CLAIMANTS.

~43 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THIS STOPPING OF THE <u>WRONG-COMMUNICATION-MODIFICATIONS</u> WITH THE CORRECTIONS OF THE <u>FICTIONAL-COMMUNICATIONS-METHOD-RULES</u> WITH THIS **TITLE-~28: C.-S.-C.-S.-~2072-~a,-~b:** *THE(ADVERB)* **SUPREME***(ADJECTIVE)* **COURT***(PRONOUN)* **SHALL***(ADVERB-FUTURE-TIME-VOID)* **HAVE***(VERB)* **THE***(ADVERB)* **POWER***(VERB-FICTION)-VOID)* **TO***(ADVERB-FUTURE-TIME-VOID* OF THE *NOW-JURISDICTION)* **PRESCRIBE***(VERB-FICTION=PRE-NO, SCRIBE=WRITING)* *GENERAL(ADJECTIVE-COLOR=OPINION)* **RULES***(PRONOUN=NO-NO-NO-CONTRACT)* *OF(ADVERB)* **PRACTICE***(VERB-FICTION).*

~44 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE <u>EVIDENCE-FACTS</u> **ARE** WITH THE CLAIMS OF THE FRAUDS: **C.-C.-~9-~b** WITH THE CONDITIONS OF THE MINDS WITH THIS **C.-S.-C.-V.** BY THE VASSALEES.

~45 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THE <u>COMMUNICATION-CLOSURE</u>: **C.-C.-~26-~e** WITH THE <u>VASSALEES'-EVIDENCE-DOCUMENTS</u> BY THE CLAIMANTS.

~46 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE <u>VASSALEES'-FINDINGS</u> WITH THE <u>FICTITIOUS-COMMUNICATIONS</u> OF THE <u>VASSALEES'-SERVICE-FILINGS</u> WITH THIS **C.-C.-~5.0-~e** BY THE CLAIMANTS'-C.-S.-C.-V.

~47 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THIS <u>COURT-AUTHORITY</u> AND: COURT-COMMAND: BY THE **C.-S.-S.-C.-S.-L.** WITH THE SAFEGUARDS OF THE BREACH WITH THIS **JUXTAPOSITION**(SIDE-BY-SIDE-WORDS) OF THIS **C.-C.-~8-a** BY THE CLAIMANTS'-C.-S.-C.-V.

~48 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>MARITIME-CONTRACT-SALVAGE-CLAIM</u> WITH THIS **TITLE-~46: C.-S.-C.-S.-~781** OF THE VASSALEES'-<u>FICTIONAL-AILING-EVIDENCE-PAPER-VESSEL-DOCUMENTS</u> BY THE CLAIMANTS'-C.-S.-C.-V.

~49 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>DAMAGE-CLAIMS</u> WITH AN <u>AILING-COMMUNICATION-SYNTAX-OATH</u> OF THE HEARINGS WITH THIS **TITLE-~28: C.-S.-C.-S.-~636-~a-~2** BY THE VASSALEES.

~**50** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE TAMPERING, COMMUNICATION-MODIFICATION-CASE WITH THE WITNESSES OF THE CLAIMANTS WITH THIS **TITLE-~18: C.-S.-C.-S.-~1512** BY THE VASSALEES.

~**51** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CONFESSION-CLAIMS OF THE WORD-COMMUNICATION-DAMAGES WITH THIS **CONSPIRACY: TITLE-~18: C.-S.-C.-S.-~241** BY THE VASSALEES.

~**52** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE **MISAPPROPRIATIONS-TITLE-~18: C.-S.-C.-S.-~646** OF THE PUBLIC-TAX-VALUE-MONEY-THEFT WITH THE FICTIONAL-LANGUAGE-MODIFICATIONS OF THE CAPTURE-WARRANTS WITH THE PUBLIC-TAX-MONEY-EMPLOYMENT-WAGES OF THE CRIMINAL-FICTIONAL-LANGUAGE-WRITING WITH AN EMPLOYMENT-WAGES BY THE VASSALEES.

~**53** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FICTITIOUS-USES, FETISHISM, CHICANERY, HELE, TILE, TEGERE, EURYDICE, MAYA-USE, NEOPHYTE-USE, CLOUD-USE, JARGON-USE AND: CONSTERNATION-USE OF THE FACTS AS AN AILING-ADJECTIVES, ADVERBS, PRONOUNS OR VERBS WITH THE USURPS OF THE VASSALEES'-JOB-POSITIONS WITH THIS QUO-WARRANTO-COMPLAINT-EVIDENCE OF THE **PERJURY OF THEIR OATHS** WITH THIS **TITLE-~18: C.-S.-C.-S.-~1621** BY THE VASSALEES.

~**54** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-AILING-COMMUNICATION-SYNTAX-OATH-CLAIMS OF THE FRAUDULENT—FACT-CLOSURES WITH THIS **C.-C.-~60-~b** BY THE VASSALEES.

~**55** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FRAUDULENT-CONDITION: **C.-C.-~9-~b** BY THE VASSALEES-VOLITION.

~**56** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FICTIONAL-COMMUNICATION-CLOSURE-PUBLICATIONS WITH THIS **C.-C.~26-~e** BY THE VASSALEES.

~**57** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE AUTHORITY OF THE COURT-CLAIMS, COURT-*ORDERS* WITH THIS BREACH OF THE **JUXTAPOSITION** *(SIDE-BY-SIDE-POSITIONS-EQUAL)* IN THE **C.-S.-S.-C.-S.-L.** WITH THIS FICTIONAL-SYNTAX-MODIFICATIONS BY THE VASSALEES.

~**58** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THIS NEGLIGENCE-CONSTRUCTIONS OF THE FICTITIOUS-LANGUAGE AND: NECROMANCY WITH THIS **C.-C.-~8-~f** BY THE VASSALEES.

~**59** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS DAMAGE WITH THE VOID-CONSENT-AUTHORIZATION OF THE HEARINGS WITH THIS **TITLE-~28: C.-S.-C.-S.-~636~4-~c-~1** BY THE VASSALEES.

~**60** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE PAYMENT WITH THE GOLD-EQUIVALENT-VALUE OF THE MARITIME-CONTRACT-TOWAGE, SALVAGE AND: PRIZE WITH THIS SALVAGE-CLAIM OF THE VASSALEES'-FICTIONAL-PAPER-DOCUMENTS WITH THE **TITLE-~46: C.-S.-C.-S.-~781** BY THE CLAIMANTS.

~**61** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF AN OATH WITH THE **C.-S.-S.-C.-S.-L.**-CORPORATION-CASE: **TITLE-~28: C.-S.-C.-S.-~636-~a-~2** OF THE VASSALEES.

~**62** FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS KNOWLEDGE WITH THE CONSPIRACY-PARTICIPATION-CRIMES WITH THIS KIDNAPPING OF THE CLAIMANTS WITHOUT A CONTRACT OR WITH THE C.-S.-S.-C.-S.-L.-PERMISSION AS A EVIDENCE-VIOLATION WITH THE **TITLE-~18: C.-S.-C.-S.-~3** AGAINST THE VASSALEES.

~63 FOR THIS VIOLATION OF THE <u>MODIFICATION-LAW</u> **ARE** WITH THE CLAIMS OF THE **PERJURY OF AN OATH: TITLE-~18: C.-S.-C.-S.-~1621** WITH THE **TITLE-~18: C.-S.-C.-S.-~242: DEPRIVATION** OF THE CIVIL-RIGHTS WITH THE <u>COLOUR</u> OF THE LAW, :**TITLE-~42: C.-S.-C.-S.-~1985-~2: OBSTRUCTING** OF THE WITNESSES AND: EVIDENCE WITH THE <u>MODIFICATION OF THE COMMUNICATIONS</u>, AND: **TITLE-~42: C.-S.-C.-S.-~1985-~3: DEPRIVATION** OF THE WITNESSES AND: EVIDENCE WITH THE <u>MODIFICATION-COMMUNICATIONS</u> BY THE VASSALEES.

~64 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THIS **QUO-WARRANTO-COMPLAINT** WITH THIS **70-TROY-OUNCES-.999-FINE-GOLD** OF THIS **PENALTY-FEE-FINE** WITH EACH COUNT OF THE <u>CRIMINAL-CONVICTION</u> WITH THIS **TITLE-~18: C.-S.-C.-S.-~1621** AGAINST THE VASSALEES BY THE CLAIMANTS.

~65 FOR THIS **TITLE-~28: C.-S.-C.-S.-~2072-~b:** FORBIDDANCE, VOID AND: VOID-FORCE WITH THE LAWS AND: RULES OF THE USE WITH THE MODIFICATIONS OF THE LAWS AND: RULES WITH THIS **C.-S.-C.-V.-AUTHORIZATION**.

~66 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH A <u>TAMPERING-CLAIM</u> OF THE <u>COMMUNICATION-SYNTAX-FACTS</u> WITH THE <u>SUBJECTIVE-INTERPRETATION-TRANSLATION-MODIFICATIONS</u> OF THE <u>TRUE-FACTS</u> WITH THE <u>WRITTEN-PAPER-EVIDENCE</u>: **OBSTRUCTION OF A FACT: TITLE-~18: C.-S.-C.-S.-~1512** BY THE VASSALEES. [OB=NO STRUCTION =CONTRACT] [JUSTICE = JU-NO-LAW, S=SPEAK, TI=TITLE, CE=JUDGE]

~67 FOR THE <u>DAY-TO-DAY-FINE</u> OF THE <u>DAMAGE-VALUE</u> **IS** WITH THE <u>DAMAGE-CLAIM-FEES</u> WITH THE **13-TROY-OUNCES-.999-FINE-GOLD** AS A **PENALTY-FEE-FINE** WITH THE <u>SUMMARY-JUDGMENT-WRITING-CONVICTIONS</u> OF THE CLAIMANTS'-DAMAGES WITH EACH COUNT OF THE <u>CONSPIRACY-WRITING-CONFESSIONS</u>: **TITLE-~18: C.-S.-C.-S.-~241** BY THE VASSALEES.

~68 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE MISAPPROPRIATION-WAGE-CLAIMS OF THE <u>PUBLIC-EMPLOYMENT-PAY</u> WITH THIS **35-TROY-OUNCES-.999-FINE-GOLD** OF THIS **PENALTY-FEE-FINE** WITH THE EVIDENCE-CONFESSIONS OF AN <u>AILING-COMMUNICATIONS</u> WITH THE <u>PERSONAL-MODIFYING-WORD-DOCUMENTS</u> OF THE DAMAGES WITH EACH CLAIM: **TITLE-~18: C.-S.-C.-S.-~654** BY THE VASSALEES.

~69 FOR THIS **TITLE-~42: C.-S.-C.-S.-~12182** OF THE CLAIMANT'S-KIDNAPPING **IS** WITH THIS <u>DAMAGE-CLAIM</u> OF THE <u>EQUAL-SECURITY-CLAIM</u> WITH THIS FORBIDDANCE OF THIS PARTIALNESS AND: : BIAS BY THE VASSALEES.

~70 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE FACTS **ARE** WITH THE CLAIMS OF THIS ORDER WITH THE CLOSURE AND: PUBLICATION OF THE CONTRACTS WITH THIS **C.-C.-~26-~e** OF THE VASSALEES.

~71 FOR THIS **TITLE-~18: C.-S.-C.-S.-~1342** WITH THIS <u>FICTION-NAME/FICTION-LOCATION</u> **IS** WITH THE CLAIMS OF THE SCHEME/CONTRIVANCE OR WITH THE <u>OTHER-FELONIOUS-BUSINESS</u> OR WITH THIS **FEIGNING** OF A LOCATION WITH A <u>FICTION-TITLE AND/OR FICTION-NAME AND/OR FALSE-LOCATION AND/OR FALSE-TITLE AND/OR FALSE-NAME AND/OR FALSE-LOCATION</u>, OR WITH A TAKING OR BY A <u>POST-OFFICE-PLACE</u> WITH THE SAFEKEEPING OF THIS <u>MAIL-MATTER</u> OF A <u>POSTAL-MATTER</u> BY A <u>LOCATION (ADDRESS)</u>.

~72 FOR THIS <u>CLAIMANTS'-KNOWLEDGE</u> OF THIS **C.-S.-C.-V.** **IS** WITH THE <u>SERVICE-CLAIMS</u> OF THE <u>DOCUMENT-CONTRACTS-VESSELS</u> WITH THE VASSALEES.

~73 FOR THIS **C.-C.-~6** OF THE <u>(45)FORTY-FIVE-DAYS-TIME-LIMITS</u> **ARE** WITH THE <u>COMPUTATION-COURT-FILING-CLAIM</u> BY THE **C.-S.-C.-.V.-MARITIME-C.-S.-S.-C.-S.-L.-TRUST-LAWS**.

~74 FOR THIS **C.-C.-~12-~b-~7** **IS** WITH THE <u>NEGLIGENCE-CLAIMS</u> OF THE JOINING WITH THIS <u>COMPLETION/CONTRACT</u> OF THIS <u>COURT'S-CONTRACT</u>.

~**75** FOR THE FACT OF THIS <u>**C.-C.-~9**</u> **IS** WITH THE <u>**C.-C.-~9-~b**</u>-CLAIMS OF THIS <u>FRAUDULENT-CONDITION</u> OF THE MIND, <u>**C.-C.-~9-~e**</u> WITH THIS <u>AILING-JUDGMENT</u> OF THE <u>COMMUNICATION-METHODS</u>; <u>**C.-C.-~9-~f**</u> WITH THIS <u>NOW-TIME</u>, VENUE AND: <u>FICTIONAL-LOCATION</u>: <u>**C.-C.-~9-~g**</u> BY THIS <u>**C.-S.-C.-V.-COURT**</u>.

~**76** FOR THE <u>**C.-C.-~6-~d**</u> OF THE <u>FACTUAL-STATEMENTS</u> **ARE** WITH THIS <u>SERVICE-CLAIM</u> OF THE <u>FIVE-DAY-NOTICE</u> WITH A TRIAL/HEARING OF THE WITNESS WITH THE <u>VASSALEES'-CONFESSIONS</u> OF THE COUNTER-CLAIMS WITH THIS <u>ONE-DAY-SERVICE</u> AGAINST THE VASSALEE BY THIS <u>**C.-S.-C.-V.-COURT**</u>.

~**77** FOR THIS <u>**TITLE-~28: C.-S.-C.-S.-~452:**</u> **IS** WITH THIS OPEN WITH THIS SERVICE OF THE FILING WITH THE PAPERS AND: ORDERS OF THIS AUTHORIZATION BY THIS <u>PORT-AUTHORITIES</u>.

~**78** FOR THIS <u>**TITLE-~29: U.-S.-C.: CHAPTER-~16: SECTION~-701-~c-~2**</u> OF THE <u>SECURITY-PRIVACY</u> **ARE** WITH THE <u>SAFEGUARD-VESSEL-CLAIM</u> BY THE CLAIMANTS.

~**79** FOR THE TRAPS OF THE <u>TITLES, NAMES, DATES, CASE-NUMBERS, ITALIC-WORDS, BOXING, CASE-NUMBER-CHANGES, STYLES, DOCKET-NUMBER-CHANGES, DAIS</u> AND: <u>FACT-MODIFICATIONS</u> **ARE** WITH THE <u>DAMAGE-CLAIM</u> OF THE <u>FICTIONAL-LOSS</u> WITH THE <u>FIDUCIARY'S-TRUST</u> AND: <u>AUTHORITY</u> BY THE <u>CLERK</u>, <u>JUDGE OR/AND: COURT</u>.

~**80** FOR THIS CLOSURE OF THIS <u>**C.-C.-~26-~5-~e**</u> **IS** WITH THE CLAIMS OF THIS CONTRACTS WITH THE <u>AUTHORIZATIONS</u> BY THE CLAIMANTS.

~**81** FOR THE <u>**C.-C.-~40-~2**</u> OF A <u>COMPLAINT-CONTRACT</u> **IS** WITH THE <u>**C.-S.-S.-C.-S.-L.-COURT-HEARING**</u> BY THE <u>**C.-S.-S.-C.-S.-L.-JUDGE'S-OATH-DUTY**</u> WITH THE <u>TIME-LIMIT-COMMENCEMENT</u> OF THE <u>45-DAYS-TRUST-CONTRACT-MARITIME-RULES</u> WITH A <u>CLAIMANTS'-TEST</u> OF THE <u>GRIEVANCE-WRONGS</u> WITH THE <u>CLAIMANTS'-DAMAGES</u> BY THE VASSALEES.

~**82** FOR THE <u>**C.-C.-~41-~a**</u> OF THE <u>CORRECTIONAL-WRONGS</u> **ARE** WITH THE <u>WITHDRAWING-CLAIM</u> OR <u>TERMINATION-CLAIM</u> OF THE <u>DOCUMENT-FILING-CLAIMS</u> AND/OR: LAW-SUITS WITH THE <u>VOLUNTARY-WITHDRAW</u> BY THE <u>CORRECTING-CLAIM</u>.

~**83** FOR THE <u>**C.-C.-~44.1:**</u> FOR THE VERIFICATION OF THE <u>**C.-S.-S.-C.-S.-L.-LAWS**</u> AND: <u>**C.-S.-S.-C.-S.-L.-RULES**</u> WITHIN A <u>FOREIGN-COUNTRY</u> **ARE** WITH THIS <u>WRITING-CLAIM-NOTICE</u> OF THIS CONTEST, QUESTIONS, HEARING, FACTS, TESTIMONY AND: VARIANCE OF THE <u>CONTRACT-LAWS</u> WITHIN THE <u>DRYDOCK-FOREIGN-VESSEL</u> BY THE CLAIMANT.

~**84** FOR THE <u>**C.-C.-~55: FAULT-JUDGMENT**</u> OF THE <u>CONTRACT-SERVICE-CLAIM</u> **IS** WITH THE CLAIM OF THIS <u>C.-S.-S.-C.-S.-L.-QUO-WARRANTO-COMPLAINT</u> WITH THE <u>FAULT-VESSEL</u> BY THE <u>SUMMARY-JUDGMENT</u>.

~**85** FOR THE CORRECTION OF THE <u>WRONG-COMMUNICATION-METHODS</u> **ARE** WITH THE <u>CLAIMANTS'-DUTY-CLAIM</u> OF THE WRONGS WITH THE STOPPING OF THE <u>**C.-S.-S.-C.-S.-L.-FACTS**</u> WITHIN THIS <u>**TITLE-~42: C.-S.-C.-S.-~1985-~3**</u> WITH THE <u>HEREIN-CONFESSION-EVIDENCE</u> OF THE VASSALEES.

~**86** FOR THIS <u>**TITLE-~42: C.-S.-C.-S.-~1985-~3**</u> OF THE FACTS **ARE** WITH THE <u>PERSON-VOIDING-CLAIMS</u>(*DEPRIVATION*) OF THE EVIDENCE AND: <u>WITNESSING-PERSONS</u> WITH THIS <u>**RACKETEERING-CLAIM: TITLE-~18: C.-S.-C.-S.-~1961**</u> BY THE <u>CONSPIRACY-HINDRANCE-GUISE</u> WITH THE <u>VACATING-DIRECTION</u> OF A FACT WITH THE <u>COMMUNICATION-SYNTAX-WRONG</u> BY THE VASSALEES.

~**87** FOR THIS <u>**TITLE-~18: C.-S.-C.-S.-~3**</u> AS AN ACCESSORY **IS** WITH THE <u>DAMAGING-KNOWLEDGE, AID AND/OR: PARTICIPATION-CLAIM</u> OF A <u>CRIMINAL-PUNISHMENT</u> WITH THE <u>VASSALEES'-CONFESSIONALS</u> OF THE <u>WRITING-COMMUNICATION-WRONGS</u> WITH THIS FEE AS A FINE WITH THIS <u>VALUE-CLAIM-SET</u> BY THE <u>(12)TWELVE-PERSON-JURY</u>.

~88 FOR THE **TITLE-~18: C.-S.-C.-S.-~241** OF THE CRIMINAL-CONSPIRACY **IS** WITH THIS COMMUNICATION-GUISE-CLAIM OF THE VASSALEES-VOLITION WITH THESE DAMAGES-HEREIN BY THESE SUMMARY-JUDGMENT-CONVICTION WITH THESE VASSALEES'-EVIDENCE-FACTS.

~89 FOR THIS **TITLE-~18: C.-S.-C.-S.-~1001** OF THESE FICTIONAL-LANGUAGE-MATTERS **ARE** WITHIN THIS MARITIME-AUTHORITY-KNOWLEDGE OF THIS DEED OF THE TITLE-TRUST-FALSIFICATION, WITHHOLDING-FACTS, COVER-UP, TRICK, SCHEME, FALSE-MATERIAL-FACT, MATERIAL-FALSE-STATEMENT, MATERIAL-FICTITIOUS-STATEMENT WITH THIS CASE-FILE BY THE VASSALEE'S-DUTY.

~90 FOR THE **TITLE-~18: C.-S.-C.-S.-~1002**, WITH THE POSSESSION OF THE FALSE-PAPERS **ARE** WITH THIS PRACTICE-CLAIM OF THE FRAUD-COMMUNICATION-AUTHORITY WITH THE POSSESSION OF THE FALSE-WRITING WITH THE CHANGING, FORGERY, COUNTERFEITING, OR/AND: MODIFICATIONS OF THE WRITING-DOCUMENT, WITH THIS CLAIM OF THE CONTRACT-STATES-FIDUCIARY WITH THE STOLEN-VALUE BY THE VASSALEES.

~91 FOR THIS **TITLE-~28: C.-S.-C.-S.-~1656 IS** WITH A CLAIM OF AN AUTHORIZATION WITH THIS STATION-TERRITORY-CONTRACT-COURTS BY THESE CLAIMANTS AND: VASSALEES.

~92 **FOR THE TERMS OF THE *ABBREVIATIONS*:** [FOR THE **SPACE-SAVING**]

**:C.-C.** = :CIVIL-CLAIM

**:RB** = :REGISTRATION-MAIL

**:C.-S.-S.-C.-S.-L.**=CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE

**:C.-S.-C.-V.** = :CONTRACT-STATES-CORPORATION-VESSEL

**:C.-S.-C.-S.** = :CONTRACT-STATES-CLAIMS-SECTION

**~** = : **PICTOGRAM OF THIS POST AND SET AS A LOCATION AND VALUE:**

~93 :POSTMASTER'S-CLAIM = : FOR THE POSITIONS AS THIS LIFE, WITNESS WITH THE VASSALEES, POSTMASTER, LETTER-CARRIER, CLAIMANT, FRIEND, CAPTAIN, MASTER, BANK, BANKER, COURT-CLERK, PILOT, SHIPPING-COMMISSIONER, CONTRACT-STATES-WORLD-CORPORATION-CUSTOM, PORT-AUTHORITY, SALVOR, HARBOR-AUTHORITY, HARBOR-MASTER, HARBOR-PILOT, HELM-MASTER, PILOT-AUTHORITY, QUARANTINE-AUTHORITY, COMMISSION-MERCHANT, SHIPPING-MERCHANT AND MERCHANT WITH THIS MERCHANT-FLAG WITH THE C.-S.-C.-V.

## ~94 FOR THE CONTRACT-CLAIMS OF THIS CLAIMANTS'-CONSTITUTION ARE WITH THE CLAIMS OF THIS PORT/STATION WITH THE C.-S.-C.-V.

**:CONTRACT-CLAIM-~1:** FOR THE C.-S.-S.-C.-S.-L. OF THE CONTRACT-COMMUNICATIONS **ARE** WITH THE FACTUAL-CLAIMS AS THE FACTS BY THE C.-S.-C.-V. AND/OR CLAIMANTS.

**:CONTRACT-CLAIM-~2:** FOR THE JUDGMENT-CLAIM OF THE FACTS **ARE** WITH THE CLAIMS OF THE C.-S.-S.-C.-S.-L. WITH THE FACTUAL-CONTINUANCES OF THE EVIDENCE.

**:CONTRACT-CLAIM-~3:** FOR THE SPEECH, WRITINGS, FAITHS, PRESS, AND GRIEVANCES OF THE C.-S.-S.-C.-S.-L. **ARE** WITH THE CLAIMS OF THIS C.-S.-C.-V.-CONSTITUTION.

**:CONTRACT-CLAIM-~4:** FOR THE COURT-DUTY OF THE C.-S.-S.-C.-S.-L.-FACTS **ARE** WITH THE C.-S.-S.-C.-S.-L.-CLAIM OF THE PERSONS AND FIDUCIARIES WITH THIS C.-S.-S.-C.-S.-L.-COURT OF THE TRUTHFUL-VOLITION-WRITING WITH THIS FORWARDS AND BACKWARDS BY THIS VOLITION-SAME-CONTINUUM.

**:CONTRACT-CLAIM-~5:** FOR THIS C.-S.-S.-C.-S.-L.-CONSTITUTION OF THIS C.-S.-C.-V. **IS** WITH THIS C.-S.-S.-C.-S.-L.-CLAIM BY A C.-S.-S.-C.-S.-L.-PERSON.

**:CONTRACT-CLAIM-~6:** FOR THE C.-S.-S.-C.-S.-L. OF A JUDGE'S-CAPTURE-WARRANT OR SEARCH-WARRANT ARE WITH AN AUTOGRAPH-CLAIM OF A JUDGE WITH AN C.-S.-S.-C.-S.-L.-OATH BY A CONTRACT-AUTHORIZATION.

**:CONTRACT-CLAIM-~7:** FOR THIS WITNESSING AND TESTIMONY IN THE C.-S.-S.-C.-S.-L.-COURT **IS** WITH THIS WITNESSING-CLAIM BY THIS C.-S.-S.-C.-S.-L.-ONE-SELF.

**:CONTRACT-CLAIM-~8:** FOR THIS CLAIMANT'S-KNOWLEDGE OF THIS C.-S.-S.-C.-S.-L.-TRUTH IS WITH THE CLAIMS OF THE WITNESSES, COUNSELS, FACTS AND FACT-EVIDENCE.

**:CONTRACT-CLAIM-~9:** FOR THE CONTRACT-TRIAL OF THE CONTESTING-PERSONS **ARE** WITH THE CLAIM OF THE C.-S.-S.-C.-S.-L.-TWELVE (~12)-PERSON-JURY'S-KNOWLEDGE OF THE C.-S.-S.-C.-S.-L.-TRIAL-FACTS.

:CONTRACT-CLAIM-~10: FOR THE C.-S.-S.-C.-S.-L.-TERMS OF A PERSON'S-PUNISHMENT **ARE** WITH THE C.-S.-S.-C.-S.-L.-CLAIMS OF THE TERMS, CONDITIONS AND BAIL BY THE CONTESTANT-CITIZENS.

:CONTRACT-CLAIM-~11: FOR THE FIDUCIARY-VASSALEES OF THIS C.-S.-S.-C.-V. **ARE** WITH THE DUTY-CLAIMS OF AN ELECTION WITH A C.-S.-S.-C.-S.-L.-OATH BY THE C.-S.-S.-C.-V.-CITIZENS, PERSONS, PARTIES OR/AND CORPORATIONS.

:CONTRACT-CLAIM-~12: FOR THIS CONTRACT-STATES-VESSEL-CORPORATION OF THE PERSONS-HEREIN **ARE** WITH THE FULL-CLOSURE OF THIS CONTRACTING-VOLITION, C.-S.-S.-C.-S.-L.-CONSTITUTION, C.-S.-S.-C.-S.-L.-TREATY, and C.-S.-S.-C.-S.-L.-COOPERATION BY THIS C.-S.-C.-V.

:CONTRACT-CLAIM-~13: FOR THIS C.-S.-S.-C.-S.-L.-COURT OF THIS DOCUMENT-PAPER-VESSEL-COURT IS WITH THIS CHARTER-VESSEL BY THE CONTESTANT'S-CONTRACT WITH THIS C.-S.-S.-C.-S.-L.-CONTRACT OF THIS QUO-WARRANTO-COMPLAINT-LAWSUIT.

## ~95 FOR AN ALPHABETICAL-DICTIONARY OF THE C.-S.-S.-C.-S.-L.-TERMS:

~** = FOR THE TERM-CLAIMS OF THIS WORD: (116-TIMES)

~**: ADVERB: IS WITH THE MODIFICATION OF A FACT INTO A VERB-FICTION, ADJECTIVE OR ADVERB, WITH A CREATION OF AN OPINION, MODIFICATION OF A FACT, WITH A PLACEMENT OF AN ADVERB BEFORE A WORD-FACT_[NOUN]_=KNOWN IS WITH A CAUSE OF A MODIFICATION-CHANGE/MOTION/ACTION = VERB-FICTION.

~**: ADJECTIVE: IS WITH A MODIFICATION/COLORING OF A FACT IS WITH A CREATION OF A FICTION OF AN OPINION AND PRESUMPTION OF A FACT.

~**: ADJECTIVE IS WITH A COLORFUL-OPINION OF A FACT INTO A NO-NO-NO = PRONOUN.

~**: ARE = WITH THE VERB-PLURAL IN A C.-S.-S.-C.-S.-L.-SENTENCE.

~**: [ARTICLE=AILING] LODIAL FOR THIS SPECIFIC AND PLURAL = A, AN, THE, THIS, THESE, THEIR, OUR, THROUGH.

~**: AUTOGRAPH: IS WITH AN AUTHENTIC-SCRIPT AND PRINT

~**: BABBLE: TALK-COMMUNICATION, MURMURS, and SOUND-VOID-MEANINGS. (TO)+(TOO)+(TWO)+(2)+(~2)+(~TWO)+(FOR)+(FORE)+(FOUR)+(~4),+(4)+(~FOUR)

~**: BANK: JUDGMENT-CLAIM WITH AN AUTHORIZATION AS A JUDGE WITH A CONTRACT.

~**: BANKER: IS BANKER WITH A SWAP WITH THE COMMERCE OF THE POST-STAMPS-VALUES IN A JUDGMENT WITH AN AUTHORIZATION BY A CONTRACT.

~**: BREACH: IS WITH A VIOLATION OF A LAW, CLAIM, AND DUTY WITH A COMMISSION, OMISSION, and CONTRACT WITH A ONE-PARTY WITH A CONTRACT WITH A DUTY, AUTHORITY, FIDUCIARY, TERMS, And CONDITION OF THE CLAIMS OF A CONTRACT BY A PARTY.

~**: CHICANERY: IS WITH AN ARTFUL-SKILL OF A CONCEALMENT, TRICK.

~**: CIPHER: IS WITH A SYSTEM-KEY OR BILITERAL-SYMBOLS.

~**: CHARTER-VESSEL = FOR THE CLAIMS OF THIS CONTRACT IS WITH THE PERSONS/CORPORATION WITH THIS CORPORATION-CASE-CLAIM.

~**: CLAIMS: DI = ORIGINAL, STRICT = AUTHORITY, TERRITORY = LOCATION OF THIS CONTRACT-COURT-POST:

~**: CLAIMANT: IS WITH A VESSEL-BODY-THINKING WITH A CONTRACT-CLAIM OR DAMAGE-CLAIM IN AN OPEN-PORT-COURT.

~**: CLERK, DI-STRICT: IS DI=ORIGINAL WITH A STRICT=AUTHORITY OF A COURT=LOCATION WITH A CLERK'S-KNOWLEDGE OF THE METHODS OF A COURT-FILING WITH AN AUTHORIZATION BY A CIVIL-SERVICE-OATH.

~**: CLOUD: IS WITH THE COVER-UP BY A TRICK OR FRAUD.

~**: CLOWN: IS WITH THE BUFFOON OR JESTER/RUDE-VESSEL.

~**: COMMISSION-MERCHANT: IS WITH A VALUE-GAIN/PRIZE/SECURITY OF A FACT WITH A VESSEL-MERCHANT-COMPLIANCE OF THE MARITIME-METHOD-LAWS.

~**: COMMUNICATION-METHODS: ARE WITH THE SENTENCE-STRUCTURES OF THE ONE-THOUGHT-SENTENCE, WORD-OPERATIONS BY THE TERMS AND DEFINITIONS OF THE WORD-MEANINGS.

~**: CONTRACT: IS WITH THE CORPORATION OF THE TWO-OR-MORE-PERSONS/VESSELS WITH A JOINING/TREATY/JOINT-TENANTS/CONTRACT-STATES.

~**: COVENANT: IS PLEDGE AND HONOR-CLAIM

~**: CONTEST = FOR THIS TEST OF A CONTRACT.

~**: COPYCLAIM: IS AUTHORITY WITH A SCRIPT AND PRINT.

~**: CRITERION: IS WITH A BASIS-STANDARD OF A PLACEMENT OF THE JUDGMENTS WITH A MATHEMATICAL-KNOWLEDGE.

~**: DAIS: IS ELEVATE-PLATFORM IN A ROOM, AUDITORIUMS OR COURT-ROOM-METHOD OR STRUCTURE.

~**: DAMAGE OF A COMPETITION IS WITH THE CLAIMS OF A PAYMENT WITH A TERMINATION OF A VESSEL, PARTY, PERSON, CORPORATION, OR CONTRACT.

~**: DARKNESS: ARE FRAUD, FICTION, and VOID OF HONESTY.

~**: DROGUE: IS WITH A SEA-ANCHOR.

~**: DURESS: IS WITH A THREAT OF A PARTY WITH A FORCE OF A COMPLIANCE WITH A THREAT OF A BEATING, VIOLENCE, PAIN OR LOSS OF A FREEDOM BY A PRISON WITH A FINANCIAL-HARM WITH A COERCING IN A TITLE-~28: CHAPTER-~85: C.-S.-C.-S.--1359, WITH A WILL OF A CHARTER-VESSEL WITH THE CLAIMS OF AN ACT-CONTRARY WITH A PARTY'S-VOLITION.

~**: ECSTATIC: IS WITH THE MENTAL-SLAVE OR VERB-SLAVE THROUGH A ENRAPTURE.

~**: EVIL: IS WITH THE VOLITION-BAD-CONDUCT OR VICIOUSNESS AGAINST A PERSON OR VESSELS.

~**: EURYDICE: IS WITH THE HUMANITY-VOID, DEAD, PSEUDONYM, FALSE-TEACHING

~**: FALSE-MODIFICATIONS OF A WORD ARE WITH THE VOID, FICTION, OR PERJURY OF THE WORD-QUALIFICATIONS AS A FICTION. FICTION-JUDGE. [ASSIGNMENT OF FICTION VALUE]

~**: FETICHISM: IS WITH THE BLIND-LEADERS OF THE BLIND-VERB-SERFS.

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25--AUGUST--2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

~88 FOR THE <u>C.-S.-S.-C.-S.-L.</u> OF THESE <u>SYNTAX-CLAIMS</u>: <u>DATE-~25-~AUGUST-~1999</u>, WITH THIS <u>C.-S.-S.-</u>
<u>C.-S.-L.-FLAG</u> OF THIS <u>DOCUMENT-VESSEL</u> WITH THIS <u>FLAG-CLAIM</u> OF THE <u>10X19-DIMENSIONS</u> WITH THE
<u>SEVEN-RED-STRIPES</u> AND <u>SIX-WHITE-STRIPS</u>, WITH THESE <u>FIFTY-STARS OF THE FIVE-POINTS</u> WITH AN <u>EQUAL-</u>
<u>DIMENSIONAL-SPACING ON A (3X4)<u>BLUE-FIELD-UNION</u> OF THIS <u>CONTRACT-STATES-CLAIMS-VESSEL-FLAG</u>, WITH
THE <u>THIRTEEN-HORIZONTAL-STRIPES=(RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED</u>
OF AN EQUAL-HEIGHT) WITH A <u>BLUE-UNION</u> OF THIS <u>3-VERTICAL X 4-HORIZONTAL-FLY-DIMENSIONS</u> WITH THE
RATIO: 40%-UNION/60%-STRIPES ON THIS <u>C.-S.-C.-V.-FLAG</u>.

~**: <u>FRIEND</u>: IS WITH THE CLAIMS AS A VESSEL BY THE VESSELS.
~**: <u>GUILD</u>: IS <u>COMMERCIAL-MERCHANT</u> WITH THE USE OF THE <u>SAFEGUARDS</u> BY THE VESSELS.
~**: <u>HEAD-MEN AND COMMANDER</u>: IS AUTHORITY AND AUTHORIZATION WITH A VESSEL BY A <u>CONTRACT</u>.
~**: <u>HEARING</u>: IS WITH AN EVIDENCE-CLAIM AT A TRIAL WITH THE <u>VOLITION OF THE MIND OR</u>: COMMERCE.
~**: <u>HECATOMB</u>: IS WITH THE SLAUGHTER OF A VICTIM.
~**: <u>HELE</u>: IS WITH THE COVER-UP, HIDE ON CONCEAL
~**: <u>HARBOR-AUTHORITY</u>: IS WITH THE CLAIMS OF THE <u>CONTRACT-STATES</u> WITH THE <u>FOUR-FOLD-</u>
<u>CHARACTERISTICS</u> WITH THE OWNERSHIP, TITLES, TIME AND POSSESSIONS OF A DUTY WITH THE MANAGING OF A
VESSEL IN THE HARBORS AND PORTS WITH AN AUTHORIZATION BY A <u>CONTRACT</u>.
~**: <u>HARBORMASTER</u>: IS WITH THE <u>NAVIGATOR-KNOWLEDGE</u> OF A <u>SAFE-ROUTE AND BREAKING-BULK</u> IN A HARBOR
OR PORT BY AN <u>AUTHORIZATION-CONTRACT</u>.
~**: <u>HARBOR-PILOT</u>: IS WITH THE <u>NAVIGATOR-KNOWLEDGE</u> OF A <u>SAFE-ROUTE AND BREAKING-BULKS</u> WITH A
<u>CORRECT-BERTHING</u> OR MOORING IN A HARBOR OR PORTS BY AN AUTHORIZATION-CONTRACT.
~**: <u>HELM-MASTER</u>: IS WITH THE CLAIM OF THE CONTROL WITH AN <u>AUTHORIZATION</u>, BREAKING-BULK AND
STEERING OF A VESSEL THROUGH THE <u>HARBOR OR PORT</u> WITH AN <u>AUTHORIZATION-CONTRACT</u>.
~**: <u>IS</u> = VERB-SINGULAR IN A <u>C.-S.-S.-C.-S.-L.</u>
~**: <u>JARGON</u>: IS WITH A <u>VOID-SENSELESS-TALK OR VOID-COHERENT-TALK</u>.
~**: <u>JESTER</u>: IS WITH A <u>PAID-FOOL</u> WITH A <u>MEDIEVAL-COURT-PORT</u>.
~**: <u>JOINT-TENANT</u>: <u>ARE</u> WITH THE <u>ONE-OWNERSHIP</u>, <u>SAME-OWNERSHIP</u>, <u>ONE-CONVEYANCE</u> AND <u>SAME-CONVEYANCE</u>
WITH A COMMENCEMENT OF A <u>ONE-TIME</u> OR <u>SAME-TIME-HOLDING</u> OF A <u>ONE-POSSESSION</u>, <u>WHOLE-POSSESSION</u> OR
<u>SAME-POSSESSION</u>.
~**: <u>JUDGE</u>: IS DI=ORIGINAL/<u>STRICT</u>-JURISDICTION OF A COURT=CLOSED-AREA, VENUE=LOCATION, CONTRACT,
CONSTITUTION, <u>ARBITRATION</u>.
~**: <u>JUXTAPOSITION</u>: IS SIDE BY A SIDE AS A SYSTEM OR RULE.
~**: <u>KNOWLEDGE</u>: IS WITH A <u>TRUTH, LEARNING, CLOSURE, AND POWER</u> OF A KNOW WITH A MIND OF AN
AUTHORIZATION BY A LIFEBIRTH.
~**: <u>KNOWN-FACT</u>: IS WITH A PARTY-CLAIM OF THE <u>LIFE-VESSEL</u>, <u>PLACE/LOCATION</u>, <u>THING</u> AND WITH THE
<u>CONDITION OF A STATE</u> OR BEINGS/LIFE WITH AN AUTHORIZATION-PERSON BY A VESSEL-CONTRACT. [NOUN=NO-
NO=AILING]
~**: <u>LEXICOGRAPHER</u>: IS WITH A MEANINGS OF A DICTIONARY WITH AN AUTHOR.
~**: <u>LIGHT</u>: IS WITH THE TRUTH AND HONESTY.
~**: <u>LIVERY</u>: IS WITH THE SWAP AND TRADE OF A CONTRACT.
~**: <u>LODIAL</u>: IS WITH AN <u>AUTHORITY-COMMAND</u> OF A <u>LODIAL-TITLE-OWNER</u> [ARTICLE=AILING]: WITH THE
<u>LODIAL-WORDS</u>: <u>THE, THIS, OUR, THESE, WITH, CLAIMS</u>, WITH A CLAIM OF AN <u>AUTHORITY</u> OR COMMAND, WITH
A <u>POSITION-LODIAL-FACTS</u> IN A <u>NOW-TENSE</u> BY AN <u>AUTHORIZATION-QUANTUM-MATH</u>.
~**: <u>LETTER-CARRIER</u>: IS WITH A CONVEYANCE OF THE MAIL AND LETTERS WITH A <u>STAMP-FEE-PAY</u> WITH THE
BILLS OF THE LADINGS.
~**: <u>MAELSTROM</u>: IS WITH THE LARGE AND VIOLENT-WHIRLPOOL-FICTION.
~**: <u>MALICE</u>: IS WITH A VOLITION-HATE AND ILL-WILL OF A STATE WITH A MIND WITH A RECKLESSNESS OF A
LAW AND LEGAL-CLAIMS OF A <u>PARTY-PERSON-VESSEL</u>.
~**: <u>MARKET-POST/PORT</u>: CONTRACT-STATES-PERSONS OF THIS CORPORATION-PAPER-VESSEL.
~**: <u>MASTER</u>: IS WITH AN AUTHORITY WITH THE <u>DI-RECTIONS AND RULES</u> WITH AN AUTHORIZATION BY A
CONTRACT.
~**: <u>MAYAS</u>: IS WITH A FALSE-MIRROR[*ILLUSION*] OR GREAT-VOID.
~**: <u>MERCHANT</u>: IS WITH A VESSEL OF THE CONVEYANCE OR TRAFFIC WITH THE TRADES OF THE GOODS, CARGO,
BUY AND SELL WITH A <u>COMMERCIAL-LAW AND MERCHANT-LAW</u> OF A VESSEL AND RULES IN A HARBOR OR PORT BY
AN AUTHORIZATION-CONTRACT.
~**: <u>MERCHANT-FLAG</u>: IS WITH A MERCHANT-FLAG OF A <u>TITLE-~4</u>: C.-S.-C.-S.-~1,~2 AND-~3, WITH A FLAG
OF A MERCHANTMAN, WITH A COUNTRY BY AN <u>AUTHORIZATION-CONTRACT</u>.
~**: <u>MODIFICATION</u>: IS WITH THE CLAIM OF THE *PRESUMPTION, ASSUMPTION*, LIE, GUESS, PRETEND,
ILLUSION, IMAGINATION, OR "CONCLUSION BEFORE THE FACT", FOR ALL PREFIXES OR SUFFIXES **ARE** WITH A
FICTION-COMMUNICATIONS.
~**: <u>MONAD</u>: IS WITH A SUM OR FACTOR-COMBINATION OF A CIPHER-NUMBER WITH A CREATION OF A CONTROL
THROUGH A <u>MATH-QUANTUM</u>.
~**: <u>NEOPHYTE</u>: IS WITH A NOVICE OR BEGINNER
~**: <u>NOTICE</u>: IS WITH A WRITING-COMMUNICATION-METHOD.
~**: <u>NUMERICAL-CIPHER</u>: IS WITH THE <u>SUBSTITUTE-USE</u> OF A NUMBER WITH A <u>LETTER OR WORD</u> OF A MEANING
WITH A COMPLETE-ONE-THOUGHT IN A SENTENCE.
~**: <u>PERENNIAL</u>: IS WITH A <u>LASTING-CORPORATION</u>.
~**: <u>PURIFICATION</u>: IS WITH THE CLEANING OR CORRECTION OF A WRONG.
~**: <u>PORT</u>: IS WITH A LOCATION OF A MERCHANDISE, CARGO, MANIFESTS, BERTH BY A <u>BILL OF THE LADING</u>.
~**: <u>POST</u>: IS WITH A STATION OF A CONVEYANCE WITH A LETTER OR POSTAGE WITHIN A <u>NEUTRAL-TERRITORY</u>.
~**: <u>POSTMASTER</u>: IS WITH A PLACEMENT OF AN AUTOGRAPH THROUGH A STAMP WITH A STATION BY A MASTER.
~**: <u>PETTIFOGGER</u>: IS WITH A SCHEMES AND/OR TRICKSTER AS A LAWYER.
~**: <u>PILOT</u>: IS WITH A <u>DUTY-CLAIM</u> OF AN AUTHORITY WITH THE HELM-CONTROL OF A <u>VESSEL OR SHIP-ROUTE</u>

FOR THIS <u>COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009</u> BY THE <u>PLENIPOTENTIARY-JUDGE</u>: David-Wynn:    11
Miller AND <u>CLAIMANT</u>.

~**: **PILOT-AUTHORITY**: IS WITH THE KNOWLEDGE OF THE NAVIGATION IN A HARBOUR OR PORT BY A CONTRACT.
~**: **POSITION**: IS WITH THE COMMUNICATION-STRUCTURE OF THE WORDS: THROUGH, IN, WITHIN, BY, OF, FOR, WITH ARE WITH A NOW-TENSE-TIME BY A NOW-TIME-AUTHORITY.
~**: **PRONOUN** IS WITH A TERM AS A NO-NO-NO-MEANING OF A FRAUD/FICTION.
~**: **QUO-WARRANTO**: IS WITH A USURY-POSITION OF THE C.-S.-S.-C.-S.-L.-OATH
~**: **QUANTUM-MATH-COMMUNICATIONS-METHOD**: IS WITH THE CLAIMS OF THE MATH-OPERATION-CERTIFICATION WITH THE FRONT-WARDS-AND-BACKWARDS-AUTHORITY AND MEANING OF A SENTENCE WITH THE SAME-MEANING OR VALUE BY THESE METHODS.
~**: **RACKETEERING**: IS WITH A VALUABLE-THIN OF AN OWNER, PROPRIETOR OR/AND/ CHARTER-VESSEL WITH A FINANCIAL-VALUE IN A BUSINESS-MEANS OF A THREAT WITH A FICTIONAL-COMMUNICATION-COURT-ORDER, WITH AN AILING-PAYMENT OF A FEES-DUE, WITH AN AILING-TERMINATION OF A PERSON'S-VESSEL-EQUITY, VALUE, SECURITY, PROPERTY, OR THINGS OF A VALUE.
~**: **RAPE**: IS WITH THE CLAIMS OF THE SEIZING, PLUNDER AND CARRYING-OFF WITH A TAKING-FORCE OF A CAUSE/CRIME.
~**: **RAPPORT**: IS MUTUAL-TRUST AND HARMONY.
~**: **SALVOR**: IS WITH THE FREE-HELP OR FREE-*RESCUE* OF A VESSEL IN THE PERIL/DANGER, AS A VOLUNTARY-HELP, VOID OF A PAYMENT/FEE WITH AN AUTHORIZATION BY A CONTRACT.
~**: **SEA**: IS WITH THE VESSEL: PLANET-EARTH IN A SPACE OF A MILKY-WAY-GALAXY-SPACE AS A CONDITION OF THIS FACT.
~**: **SEAL**: IS WITH A CONTRACT OR GUARANTEE OF A CLOSURE WITH A CERTIFICATION BY AN AUTHORIZATION-MARK OR AUTOGRAPH.
~**: **SHIPPING-MERCHANT**: IS WITH A VESSEL OF A CONVEYANCE OR TRAFFIC WITH THE TRADE OF A THING, FACT, VALUE, GOODS, CARGO AND CONTRACT-CLAIMS WITH A COMMERCIAL-LAW AND MERCHANT-LAW OF A SYSTEM WITH THE RULES/CODES IN A HARBOR OR PORT BY AN AUTHORIZATION-CONTRACT.
~**: **SEVERING**: IS WITH THE LIVERY OF A QUIT, END, STOPPING, OR VOID-FICTION-COMMUNICATIONS.
~**: **SEPARATION**: IS WITH A DIVISION OF A THING, FACT, and CONTRACT.
~**: **SERF**: IS WITH THE FICTION-COMMUNICATION-USURY OF A SLAVE.
~**: **SHIPPING-COMMISSIONER**: IS WITH A SUPERINTENDENT OF A PAYMENT AND DUTY WITH THE BOOKS AND PORT-POSTINGS OF THIS SEAMAN'S-VOYAGE-CLAIM.
~**: **STATE** = FOR THE PARTY OF THIS LIFE, CITIZEN OF THIS CONTRACT, VESSEL OF THIS MARITIME, ORIGINAL-LOCATION = DI-STRICT = ORIGINAL-AUTHORITY, CONDITION OF A FACT, CITIZEN, PERSON, CONTRACT, CONSTITUTION, SOVEREIGN, THING OR VESSEL.
~**: **STATION**: IS WITH THE CLAIMS OF A LOCATION WITH THE DUTIES WITH THE POST-STAMPS-FEES OF A FREE-FLOW IN COMMERCE.
~**: **STRIKING**: IS WITH THE TERMINATION OF A WRONG(ERROR,).
~**: **SUIT**: IS WITH THE CLOSURE OF A CONTRACT-GRIEVANCE BY A COURT.
~**: **SUSPENSION**: IS WITH A TERMINATION-POSITION BY AN AUTHORITY
~**: **TACIT**: IS WITH A VOID-CONTRACT.
~**: **TILE**: IS WITH A CLAIM AS A COVER-UP, HIDE OR CONCEAL.
~**: **TEGERE**: IS WITH A COVER-UP
~**: **TRANSPORT**: IS WITH THE MOVING OF A CARGO OR THING WITH A CONTRACT.
~**: **TORT**: IS WITH A PRIVATE, CIVIL-WRONG, AND DAMAGE.
~**: **CONTRACT**: IS WITH THE TWO-OR-MORE-JOINING-PARTIES, CONTRACT OF AN ESTATE.
~**: **CONTRACT-STATES** IS WITH THE TWO-OR-MORE-PERSONS OF A CORPORATION OF THE PARTIES BY A CONTRACT.
~**: **VARIANCE**: IS WITH AN OPINION OF A CLOSED-CONTEST BY A COURT-RULE.
~**: **VASSALEE**: IS WITH AN EMPLOYEE AS A SERVANT OF A CONTRACT-DUTY.
~**: **VESSEL**: IS WITH THE THINKING, THOUGHT, MINISTRATOR, BARRISTER, BILL OF A LADING, CITIZEN, CLERK, COURT, CRIMINAL, CUSTODIAN, DEFENDANT, DOCUMENT, FILE, ITEM, JUDGE, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER, ORGANIZATION, OWNER, PAPER, PEOPLE, PERSON, PLAINTIFF, PLEADER, PLEADING, THING, FIDUCIARY-PARTY, SECRETARY, SOVEREIGN, STAFF, STATE, TENANT, TERRITORY, WARRANT, WITNESS OR FACT.
~**: **VOLITION**: IS WITH THE THINKING + :KNOWLEDGE = :CLAIM(+-) WITH A LIVE-LIFE.
~**: **WAIVE**: IS WITH A CLAIM OF THE SURRENDER, GIVE-UP, TERMINATION, QUIT, STOP OR END OF A POSITIONAL-CLAIM BY A VOLUNTARILY-VOLITION.
~**: **WITNESS**: IS WITH THE VIEW AND TESTIMONY OF A CLAIMANTS'-KNOWLEDGE BY THE FACTS.
:**VASSAL** = FOR THE SERVANT OF A CONTRACT/CORPORATION: (LAWYER, ATTORNEY, JUDGE, POLICE, SHERIFF, CLERK, CLAIMANT, VASSALEE OR PERSON.
: **VASSALEE** = FOR THIS SERVANT-EMPLOYEE OF THIS CHARTER-VESSEL-CONTRACT.
: **VESSEL** = FOR THIS MARITIME-VESSEL-PAPER, CORPORATION, PERSONS, STRUCTURE, SHIP, MARITIME-DRYDOCK-COURT-VESSEL OR FACT.
FOR THE POSITION-LODIAL-FACT-PHRASES OF THESE NOW-TIME-WORDS ARE WITH AN OPERATIONAL-STRUCTURE-CLAIM OF THE C.-S.-S.-C.-S.-L. WITH THIS WRITING-DAMAGE-COMPLAINT BY THE SENTENCE-STRUCTURES.
: **VOLITION** = :KNOWLEDGE-THINKING = WILLFUL-MOVING-CLAIMS OF A LIFE-BEING.
: **USURY** = FOR A THING/FACT/DUTY OF A CONTRACT-JOINING IS WITH THE COMPLIANCE-CLAIM OF A DUTY-CORPORATION BETWEEN THE TWO-OR-MORE-CONTRACTING-PERSONS.

: Aurora-Isidora- Diaz: Petrzza ~ 27 ~ August ~ 2010
:Autograph:; :Seal: Finger-print.
: :Aurora-Isidora: Diaz [~9502 ~Linda-Lane, Cypress, CA~90630]

: :David-Wynn Miller ~27~ August ~2010
: AUTOGRAPH: David-Wynn Miller. : Plenipotentiary-Judge.
~5166-~NORTH-~63rd STREET, --MILWAUKEE,-~WISCONSIN,-~53218

FOR THIS COPYRIGHT/COPYCLAIM-DATE-~25-~AUGUST-~2009 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND CLAIMANT.

12

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### WEST JUSTICE CENTER
#### MINUTE ORDER

*[Handwritten: EVIDENCE #A.]*

Date: 08/23/2010                Time: 08:30:00 AM          Dept: W10

Commissioner: Glenn Mondo
Clerk: Carole Rodriguez
Reporter/ERM:
Bailiff/Court Attendant: N. Vargas

Case No: **30-2009-00310725-CL-UD-WJC**  Case Init. Date: 10/13/2009
Case Title: **Bank of America National Association as Successor by Merger to Lasalle Bank
National Association, as rustee for Morgan Stanley Mortgage Loan Trust 2006-2 vs. Diaz**
Case Category: Civil - Limited          Case Type: Unlawful Detainer - Residential

EVENT ID/DOCUMENT ID: 71035605
**EVENT TYPE:** Court Trial

*[Handwritten syntax key:*
*SYNTAX-WORD-KEY:*
*1 = ADVERB*
*2 = VERB*
*3 = ADJECTIVE*
*H = PRONOUN*
*NC = NO-CONTRACT*
*8 = PAST-TIME]*

**APPEARANCES**
Sergio Gonzalez, self represented Defendant, failed to appear.
Aurora Diaz, self represented Defendant, present.
Attorney Jay Tennenbaum specially appearing for the Plaintiff.

Stipulation for Commissioner/Referee sitting as Temporary Judge signed and filed.
Case came on regularly for Court Trial.
Defendant's request for continuance is denied
Defendant's demand for Jury Trial filed on 11/12/2009.
Jury Fees not posted.
All parties as noted above and witnesses are sworn. The following  testify: Kristen Peru, Terry McCarty and Aurora I. Diaz
Evidence heard.
The following exhibits are marked and admitted on behalf of the Plaintiff"
1) Certified Copy Trustee's Deed Upon Sale
2) Three Day Notice To Quit with Proof of Service
Plaintiff exhibit(s) released in open court.

The Court finds judgment for Bank of America National Association as Successor by Merger to Lasalle Bank National Association, as rustee for Morgan Stanley Mortgage Loan Trust 2006-2 against Aurora I. Diaz, Sergio Gonzalez in the amount of: $0 past due rent, $ hold over damages, $0 pre judgment costs and $0 attorney fees.  All unknown occupants are included in the judgment.
Possession of the following property is awarded to Plaintiff: 9502 LINDA LANE, CYPRESS, CALIFORNIA 90630

Date: 08/23/2010                MINUTE ORDER                          Page: 1
Dept: W10                                                         Calendar No.:

NON-CONTINUANCE

Case 8:10-cv-01454-DOC-JS Document 131 Filed 12/04/10 Page 32 of 36 Page ID #:125

Case Title: **Bank of America National Association as** Case No: **30-2009-00310725-CL-UD-WJC**
**Successor by Merger to Lasalle Bank National**

Writ of Possession to issue forthwith.

The Court directs Plaintiff to prepare the judgment.

Court orders Plaintiff to give notice.

ON THE CONTRACT - STATE - POSTAL - SERVICE - DISTRICT - COURT OF THE CALIFORNIA - STATE - TERRITORY!

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)  *CLAIMANT*

Auvora - Isidore + Diaz : Perez. (CA)
David - Wymn°. Miller. (Wisconsin)

**DEFENDANTS**  *VASSALEE*

Glenn Mondo (Judge)
Jay Tennenbau (Attorney for the vassalee)
Bank of America National Association

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☑2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

☑1 Original Proceeding  ☐2 Removed from State Court  ☐3 Remanded from Appellate Court  ☐4 Reinstated or Reopened  ☐5 Transferred from another district (specify):  ☐6 Multi-District Litigation  ☐7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

WRIT

**VII. NATURE OF SUIT** (Place an X in one box only.)   SYNTAX COMMUNICATION VIOLATION

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | IMMIGRATION | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities - Other | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: **SACV10-01454 DOC (SSx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☐ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| : David-Wynn: miller . (milwaukee) w/ witness | : Aurora - Isidora : Diaz - Perez  ORANGE |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Glenn Mondo    Orange  Jay Tennerhau  Bank of America National Association |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): "Autograph" Aurora-Isidora-Diaz: Perez
:David-Wynn: miller (witness)    Date September 1 /10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08) · CIVIL COVER SHEET · Page 2 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

### SACV10- 1454 DOC (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [_] Western Division | [X] Southern Division | [_] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Aurora Isidore Diaz Perez
9502 Linda Lane Cypress
California 90630

FOR OFFICE USE ONLY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

: Aurora-Isidora-Diaz Perez.

PLAINTIFF(S)

v.

Glenn Mondo [Judge]
Jay Trennenbou [Attorney]
Bank of America National
Association

DEFENDANT(S).

| CASE NUMBER |
|---|
| **SACV10-01454 DOC (SSx)** |

**SUMMONS**

FOR OFFICE USE ONLY

TO:    DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Aurora Isidora Diaz Perez_whose address is _9502 Linda Lane Cypress California 90030_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___SEP 2 7 2010___

By: _ROLLS ROYCE PASCHAL___

Deputy Clerk

*(Seal of the Court)*

1144

FOR OFFICE USE ONLY

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                 **SUMMONS**