JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA ISIDORA DIAZ PEREZ, | CASE NO. SA CV10-1454-DOC(SSx) |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING CIVIL ACTION** |
| GLENN MONDO, ET. AL., | |
| Defendant(s). | |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on December 14, 2010. Plaintiff was ordered to show cause in writing no later than January 3, 2011, why this action should not be dismissed for lack of prosecution. Plaintiff filed an Answer to Show Cause on January 3, 2011 and an Amended: Correction to Answer to Show Cause on January 6, 2011; a copy of each is attached hereto. However, these responses by plaintiff are illegible and do not address the substance of the Order to Show Cause. To this date, the Court has not received an answer by defendants Jay Tennenbaum and Bank of America National Association or a request by plaintiff for default of defendants Jay Tennenbaum and Bank of America National Association.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: January 7, 2011

_____
DAVID O. CARTER
United States District Judge

FILED
2011 JAN -3 PM 3:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

1 Name: Aurora Isidora Diaz Perez
2 Address: 9524 Linda Lane
3 Cypress CA 90630
4 Phone: 714 767 3311
5 Fax: ___
6 In Pro Per

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Aurora Isidora Diaz Perez | CASE NUMBER: SACV 10-01454 DOC (SSx) |
|---|---|
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | Answer to show |
| Glenn Moad et. al. | |
| | Cause for case not to be |
| Defendant(s). | Dismissed |

CV-126 (09/09)     PLEADING PAGE FOR A COMPLAINT



:C.-S.-S.-C.-S.-L.-FLAG OF THIS CONTRACT-CORPORATION-VESSEL-COURT IN THE CONTRACT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE CALIFORNIA-TERRITORY.

IN THE CONTRACT-STATES-DI-STRICT-COURT OF THE SOUTHERN-DISTRICT WITHIN THE CALIFORNIA-TERRITORY.

## :QUO-WARRANTO-COMPLAINT ANSWER TO AN AILING-SYNTAX-PARSE-DOCUMENT BY THESE VASSALEES.

:Aurora-Isidora: Diaz-Perez, [9524 LINDA-LANE,-~CYPRESS, ~CALIFORNIA-~90630]
:David-Wynn: Miller., :Plenipotentiary-Judge with the witnessing of an ailing-syntax-communication-documents by these vassalees.
:CLAIMANT-PETITIONER
:CONTEST-VS.:
BANK OF AMERICA NATIONAL ASSOCIATION
COMMERCIAL TITLE AND CLOSING SERVICES
GLENN MONDO
JAY TENNENBAUM
:VASSALEES:

:CORPORATION-CASE-NUMBER:
-~8SACV-10-01454 DOC(SSx)
FOR THESE CLOSURES OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE ARE WITH THIS QUO-WARRANTO-COMPLAINT OF AN AILING-DOCUMENT-PAPER WITH THESE SYNTAX-COMMUNICATION-ERRORS AS THIS EVIDENCE BY THE CONTRACT-STATES-DI-STRICT-COURT-JUDGE.

FOR THESE C.-S.-S.-C.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT-TERMS:
= :EQUAL-SYNTAX-SIGN OF THE WORD-TERM WITH THE SAME-VOLITION-MEANING.
:VASSALEE-(WORD-MEANS): VASSAL = SERVANT OF THIS CONTRACT, EE=PLOYEE OF THIS CONTRACT.
:C.-S.-S.-C.-S.-L. = CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE
:D.-S.-C.-S. = FOR THE DOCUMENT-STATES-CLAIMS-SECTION = FOR THESE C.-S.-S.-C.-S.-L. OF AN AILING-UNITED STATES TITLES AND: AILING-UNITED STATES CODES WITH AN AILING-FICTION-LANGUAGE.
:CONTRACT-VESSEL = FOR THE CONTRACT-JOINING OF THE PERSONS'-COMPLIANCE ARE WITH THE CORPORATION-CLAIM BETWEEN THE TWO-OR-MORE-PERSONS.
:CONTRACT-STATES = FOR THE CORPORATION OF THESE TWO-OR-MORE-PERSONS BY THE CONTRACT-CLAIM.
:NOW-TIME-TENSE = :NOW-TIME-FACTS.
:CONJUNCTION: AND = ALSO, COMMAND, OR = OPTION, EITHER.
:FICTION = :SPECT, FICTION, MODIFICATION, OPINION, PRESUMPTION, ASSUMPTION, APARTHEID, ILLUSION, MISTIC AND: PHANTUM.
:LODIAL = (POSSESSIVE-ARTICLE) = A, AN, THE, THIS, THESE.
:[PRE]POSITION = FOR, OF, WITH, BY. (ABC'S, SPELLING-WORD, TERM-USE)
:VASSALEE = FOR THE SERVANT-EMPLOYEE OF THIS CONTRACT-VESSEL-DOCUMENT.
:VERB = FOR THE THINKING-CAUSE-CLAIM = IS = SINGULAR, ARE = PLURAL.

For this Copyright-Copyclaim-Date-~3~JANUARY-~2011 by the PLENIPOTENTIARY-JUDGE: David-Wynn: Miller and Claimant.

:Aurora-Isidore:Diaz-Perez

/s/ :David-Wynn:Miller /s/

:**VESSEL** = FOR THE MARITIME :ORIGINAL-LOCATION-DOCUMENT.
:**VOLITION** = FOR THE PERSON'S-KNOWLEDGE OF THE FACTS **IS** WITH THE CAUSE-CLAIM OF THE MOTION-THINKING WITH THE VESSEL OF THE C.-S.-S.-C.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT-COMMUNICATIONS.

~1 FOR THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller's-KNOWLEDGE and: CLAIMANT: **Diaz's**-KNOWLEDGE OF THE CONTRACT-[UNITED]-STATES-DI-STRICT-COURT-CENTRAL-DISTRICT OF THE CALIFORNIA-TERRITORY-DOCUMENTS **ARE** WITH THE DAMAGE-CLAIM OF THESE **226-SYNTAX-ERRORS** AND WITH THE FICTIONAL-VOID-CONTINUANCE OF AN EVIDENCE WITH THE SYNTAX-ITALIC-AUTHORITIES AND: TRICKERY OF THE WORD-MODIFICATIONS WITH THE FRAUDULANT-SYNTAX-WORD-FORMS BY THE **CONTRACT-STATES-DI-STRICT-COURT-JUDGE:** *JOSEPHINE STATON TUCKER*.

~2 FOR THE CLAIMANT'S-KNOWLEDGE and: PLENIPOTENTIARY-JUDGE: David-Wynn: Miller's-KNOWLEDGE OF THIS CONTRACT-STATES-DI-STRICT-JUDGE-CONFESSION WITH THE C.-S.-C.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT-TERMS **ARE** WITH THE CLAIM OF THE TITLE-~42: D.-S.-C.-S.-~1986 WITH THE SYNTAX-COMMUNICATION-FACTS OF THE SYNTAX-OPERATIONS WITH THE C.-S.-S.-C.-S.-L.-LAWS, RULES, REGULATIONS, CODES AND: OATH WITH THIS JUDGE: *JOSEPHINE STATON TUCKER'S*-DOCUMENT-SYNTAX-VIOLATION-EVIDENCES OF THE TITLE-~18: D.-S.-C.-S.-~1001 WITH THE FICTIONAL-SYNTAX-LANGUAGE WITH THE PERJURY: TITLE-~18: D.-S.-C.-S.-~1621 AND WITH THE FRAUD AND: MISLEADING-STATEMENTS OF THE TITLE-~15: D.-S.-C.-S.-~1692~e WITH THE TITLE-~15 D.-S.-C.-S.-~78ff OF THE CORPORATION-DAMAGES WITH THE $25-MILLION-DOLLARS-FEDERAL-PENALTY-FINES BY THIS JOSEPHINE STATON TUCKER'S-EVIDENCE-CONFESSION.

~3 FOR THE CRIMINAL-OPERATION-PARTICIPATION AS A CO-CONSPIRATOR WITH THESE SYNTAX-VIOLATIONS AND FRAUD AND: MISLEADING-STATEMENTS **IS** WITH THE DAMAGE-CLAIM OF THE JURISDICTION-LOSS WITH THE JUDGESHIP OF THIS **CORPORATION-CASE-NUMBER-~8:10-CV-01318-JST(MLGx)** BY THE CONTRACT-STATES-DI-STRICT-COURT-JUDGE: JOSEPHINE STATON TUCKER'S-CONFESSION.

~4 FOR THE CLAIMANTS'-COMMAND OF THE C.-S.-S.-C.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENTS **ARE** WITH THE C.-S.-S.-C.-S.-L.-CLAIMS OF THE PERJURY-VOIDANCE WITH THESE OPERATIONS OF THIS CONTRACT-STATES-DI-STRICT-JUDGE: JOSEPHINE STATON TUCKER'S WITH THE FICTIONAL-SYNTAX-EVIDENCE-HEARING OF THE AEGIS MORTGAGE-CORPORATION WITH THE QUO-WARRANTO-COMPLAINT-DOCUMENT-EVIDENCE-SYNTAX-VIOLATIONS OF THE TITLE-~18: D.-S.-C.-S.-~1001 WITH THE FICTIONAL-LANGUAGE AND WITH THE PERJURY: TITLE-~18: D.-S.-C.-S.-~1621 AND WITH THE FRAUD AND: MISLEADING-STATEMENTS OF THE TITLE-~15: D.-S.-C.-S.-~1692~e WITH THE TITLE-~15: D.-S.-C.-S.-~78~ff OF THE CORPORATION-DAMAGES WITH THE $25-MILLION-DOLLARS-FEDERAL-PENALTY-FINES BY THESE VASSALEES-EVIDENCE-CONFESSION-ERRORS.

~5 FOR AN EVIL-PERSON'S-SUCCESS OF THESE SYNTAX-COMMUNICATION-VIOLATION-FRAUDS **IS** WITH THE FAILURE-CLAIM OF THE STOPPING-SYNTAX-VIOLATIONS WITH THE C.-S.-S.-C.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENTS BY THIS DOCUMENT-COURT.

: *Aurora-Isidora: Diaz-Perez* ~3~Jan~2011 :SEAL:.
: **Aurora-Isidora: Diaz-Perez.**

: *David-Wynn: Miller* ~3~Jan~2011 :SEAL:.
:David-Wynn: Miller.

For this Copyright-Copyclaim-Date-~3~JANUARY-~2011 by the PLENIPOTENTIARY-JUDGE: David-Wynn: Miller and Claimant.

## 3. Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1:** <u>Delivery by U.S. Mail</u>: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is __4005 Fielding ct__. On __1/03/11__,
(date)

I served the attached __Answer to show cause__ by placing
(name of document)

For cost not to be dismissed

a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail,

addressed as follows:

__Sarah L Overton Cummings McClory Davis Acho &__
__associates PC__
__3801 University Avenue suite 560__
__Riverside, Ca 92501__

**Part 2:** <u>Personal Delivery</u>:

I declare that on _____, I personally delivered the attached
(date)

_____ to _____,
(name of document)    (name of recipient)

at _____.
(location)

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on __1/03/11__ at
(date)

__Cypress__.
(city)

__Ana Cohen__          __Ana Cohen__
(type or print name) (signature)

This form is available on the web at http://www2.ucsc.edu/staff_hr/compensation/forms/service.pdf

July 24, 2001

C3-1

## 3. Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1:** <u>Delivery by U.S. Mail</u>: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is  4005 Fielding Ct . On  1/03/11 ,
(date)

I served the attached  Answer to show cause  by placing
(name of document)  Case not to be dismissed

a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail, addressed as follows:

Glenn Mondo
Superior Court - County of Orange. Western Judicial Center
8141 13th Street
Westminster, Ca 92683-4593

**Part 2:** <u>Personal Delivery</u>:

I declare that on _____(date)_____, I personally delivered the attached
_____(name of document)_____ to _____(name of recipient)_____,
at _____(location)_____.

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  1/03/11  at
(date)
 Cypress .
(city)

 Ana Cohen       Ana Cohen
(type or print name)  (signature)

This form is available on the web at http://www2.ucsc.edu/staff_hr/compensation/forms/service.pdf

July 24, 2001

C3-1

### 3. Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1:** <u>Delivery by U.S. Mail</u>: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is ___4005 Fielding Ct___ . On ___1/03/11___,
___Cypress, Ca 90630___         (date)

I served the attached ___Answer to show cause for case___ by placing
___not to be dismissed___ (name of document)

a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail,

addressed as follows:

___Bank of America, National Association___
___20955 Pathfinder Road, Suite 300___
___Diamond Bar, Ca 91765___

**Part 2:** <u>Personal Delivery</u>:



I declare that on _____(date)_____, I personally delivered the attached
_____(name of document)_____ to _____(name of recipient)_____,
at _____(location)_____.

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on ___1/03/11___ at
___Cypress___ .
    (city)                    (date)

___Ana Cohen___           ___Ana Cohen___
(type or print name) (signature)

This form is available on the web at http://www2.ucsc.edu/staff_hr/compensation/forms/service.pdf

July 24, 2001

C3-1

## 3.   Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1:** <u>Delivery by U.S. Mail</u>: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is __4005 Fielding Ct__. On __1/03/11__ (date),

I served the attached __Answer to show cause for Case not to be dismissed__ (name of document) by placing

a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail, addressed as follows:

__Jay Tennenbaum__
__20955 Pathfinder Road, Suite 300__
__Diamond Bar, Ca 91765__

**Part 2:** <u>Personal Delivery</u>:

I declare that on _____ (date), I personally delivered the attached _____ (name of document) to _____ (name of recipient) at _____ (location).

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on __1/03/11__ (date) at __Cypress__ (city).

__Ana Cohen__     __Ana Cohen__
(type or print name) (signature)

This form is available on the web at http://www2.ucsc.edu/staff_hr/compensation/forms/service.pdf

July 24, 2001

C3-1

FILED

2011 JAN -6  PM 2:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

1  Name: Aurora Isidora Diaz Perez
2  Address: 9524 Linda Lane
3  Cypress CA 90630
4  Phone: 714 767 3311
5  Fax: _____
6  In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Aurora Isidora Diaz Perez

Plaintiff

v.

Glenn Mondo, et al,

Defendant(s).

CASE NUMBER:
SACV 10- 01454 DOC (SSx)

To be supplied by the Clerk of
The United States District Court

Amended.
Correction to answer to
show cause for case not
to be dismissed.

CV-126 (09/09)       PLEADING PAGE FOR A COMPLAINT

:C.-S.-S.-C.-S.-L.-FLAG OF THIS CONTRACT-CORPORATION-VESSEL-COURT IN THE CONTRACT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE CALIFORNIA-TERRITORY.

## IN THE CONTRACT-STATES-DI-STRICT-COURT OF THE CENTRAL-DISTRICT IN THE CALIFORNIA-TERRITORY.
## :QUO-WARRANTO-COMPLAINT-ANSWER TO AN AILING-PARSE-SYNTAX-DOCUMENT BY THESE VASSALEES.

:Aurora-Isidora: Diaz-Perez,[9524 LINDA-LANE,~CYPRESS, ~CALIFORNIA-~90630]
:David-Wynn: Miller., :Plenipotentiary-Judge with the witnessing of an ailing-syntax-communication-documents by these vassalees.
:CLAIMANT-PETITIONER
:CONTEST-VS.:
BANK OF AMERICA NATIONAL ASSOCIATION
COMMERCIAL TITLE AND CLOSING SERVICES
GLENN MONDO
JAY TENNENBAUM
:VASSALEES:

:CORPORATION-CASE-NUMBER:-~SACV-10-01454 DOC(SSx)
FOR THESE CLOSURES OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE ARE WITH THIS QUO-WARRANTO-COMPLAINT OF AN AILING-DOCUMENT-PAPER WITH THESE SYNTAX-COMMUNICATION-ERRORS AS THIS EVIDENCE BY THE CONTRACT-STATES-DI-STRICT-COURT-JUDGE.

FOR THESE C.-S.-S.-C.-P.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT-TERMS:
= :EQUAL-SYNTAX-SIGN OF THE WORD-TERM WITH THE SAME-VOLITION-MEANING.
:VASSALEE-(WORD-MEANS): VASSAL = SERVANT OF THIS CONTRACT, EE=PLOYEE OF THIS CONTRACT.
:C.-S.-S.-C.-P.-S.-L. = CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-LANGUAGE
:D.-S.-C.-S. = FOR THE DOCUMENT-STATES-CLAIMS-SECTION = FOR THESE C.-S.-S.-C.-P.-S.-L. OF AN AILING-*UNITED STATES TITLES* AND: AILING-*UNITED STATES CODES* WITH AN AILING-FICTION-LANGUAGE.
:CONTRACT-VESSEL = FOR THE CONTRACT-JOINING OF THE PERSONS'-COMPLIANCE ARE WITH THE CORPORATION-CLAIM BETWEEN THE TWO-OR-MORE-PERSONS.
:CONTRACT-STATES = FOR THE CORPORATION OF THESE TWO-OR-MORE-PERSONS BY THE CONTRACT-CLAIM.
:NOW-TIME-TENSE = :NOW-TIME-FACTS.
:CONJUNCTION: AND = ALSO, COMMAND, OR = OPTION, EITHER.
:FICTION = :SPECT, FICTION, MODIFICATION, OPINION, *PRESUMPTION, ASSUMPTION*, APARTHEID, ILLUSION, MISTIC AND: PHANTUM.
:LODIAL = (POSSESSIVE-ARTICLE) = A, AN, THE, THIS, THESE.
:[PRE]POSITION = FOR, OF, WITH, BY. (ABC'S, SPELLING-WORD, TERM-USE)
:VASSALEE = FOR THE SERVANT-EMPLOYEE OF THIS CONTRACT-VESSEL-DOCUMENT.
:VERB = FOR THE THINKING-CAUSE-CLAIM = IS = SINGULAR, ARE = PLURAL.
:VESSEL = FOR THE MARITIME :ORIGINAL-LOCATION-DOCUMENT.
:VOLITION = FOR THE PERSON'S-KNOWLEDGE OF THE FACTS IS WITH THE CAUSE-CLAIM OF THE MOTION-THINKING WITH THE VESSEL OF THE C.-S.-S.-C.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT-COMMUNICATIONS.

For this Copyright-Copyclaim-Date-~3~JANUARY-~2011 by the PLENIPOTENTIARY-JUDGE: David-Wynn: Miller and Claimant.

~1 FOR THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller's-KNOWLEDGE and: CLAIMANT: **Diaz's**-KNOWLEDGE OF THE CONTRACT-[UNITED]-STATES-DI-STRICT-COURT-CENTRAL-DISTRICT OF THE CALIFORNIA-TERRITORY-DOCUMENTS **ARE** WITH THE DAMAGE-CLAIM OF THESE **226-SYNTAX-ERRORS** AND WITH THE FICTIONAL-VOID-CONTINUANCE OF AN EVIDENCE WITH THE SYNTAX-ITALIC-AUTHORITIES AND: TRICKERY OF THE WORD-MODIFICATIONS WITH THE FRAUDULANT-SYNTAX-WORD-FORMS BY THE **CONTRACT-STATES-DI-STRICT-COURT-JUDGE:** David-O. Carter.

~2 FOR THE CLAIMANT'S-KNOWLEDGE and: PLENIPOTENTIARY-JUDGE: David-Wynn: Miller's-KNOWLEDGE OF THIS CONTRACT-STATES-DI-STRICT-JUDGE-CONFESSION WITH THE C.-S.-S.-C.-P.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT-TERMS **ARE** WITH THE CLAIM OF THE TITLE-~42: D.-S.-C.-S.-~1986 WITH THE SYNTAX-COMMUNICATION-FACTS OF THE SYNTAX-OPERATIONS WITH THE C.-**S.-S.-C.-S.-**L.-LAWS, RULES, REGULATIONS, CODES AND: OATH WITH THIS JUDGE: David-O. Carter-DOCUMENT-SYNTAX-VIOLATION-EVIDENCES OF THE TITLE-~18: D.-S.-C.-S.-~1001 WITH THE FICTIONAL-SYNTAX-LANGUAGE WITH THE PERJURY: TITLE-~18: D.-S.-C.-S.-~1621 AND WITH THE FRAUD AND: MISLEADING-STATEMENTS OF THE TITLE-~15: D.-S.-C.-S.-~1692~e WITH THE TITLE-~15 D.-S.-C.-S.-~78ff OF THE CORPORATION-DAMAGES WITH THE $25-MILLION-DOLLARS-FEDERAL-PENALTY-FINES BY THIS EVIDENCE-CONFESSION.

~3 FOR THE CRIMINAL-OPERATION-PARTICIPATION AS A CO-CONSPIRATOR WITH THESE SYNTAX-VIOLATIONS AND: FRAUD AND: MISLEADING-STATEMENTS **IS** WITH THE DAMAGE-CLAIM OF THE JURISDICTION-LOSS WITH THE JUDGESHIP OF THIS **CORPORATION-CASE-NUMBER-~SACV-10-01454-DOC(SSx)** BY THE CONTRACT-STATES-DI-STRICT-COURT-JUDGE: David-O. Carter-CONFESSION.

~4 FOR THE CLAIMANTS'-COMMAND OF THE C.-S.-S.-C.-P.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENTS **ARE** WITH THE C.-S.-S.-C.-P.-S.-L.-CLAIMS OF THE PERJURY-VOIDANCE WITH THESE OPERATIONS OF THIS CONTRACT-STATES-DI-STRICT-JUDGE: David-O. Carter WITH THE FICTIONAL-SYNTAX-EVIDENCE-HEARING OF THE AEGIS MORTGAGE-CORPORATION WITH THE QUO-WARRANTO-COMPLAINT-DOCUMENT-EVIDENCE-SYNTAX-VIOLATIONS OF THE TITLE-~18: D.-S.-C.-S.-~1001 WITH THE FICTIONAL-LANGUAGE AND WITH THE PERJURY: TITLE-~18: D.-S.-C.-S.-~1621 AND WITH THE FRAUD AND: MISLEADING-STATEMENTS OF THE TITLE-~15: D.-S.-C.-S.-~~1692~e WITH THE TITLE-~15: D.-S.-C.-S.-~78~ff OF THE CORPORATION-DAMAGES WITH THE $25-MILLION-DOLLARS-FEDERAL-PENALTY-FINES BY THESE VASSALEES-EVIDENCE-CONFESSION-ERRORS.

~5 FOR AN EVIL-PERSON'S-SUCCESS OF THESE SYNTAX-COMMUNICATION-VIOLATION-FRAUDS **IS** WITH THE FAILURE-CLAIM OF THE STOPPING-SYNTAX-VIOLATIONS WITH THE C.-S.-S.-C.-P.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENTS BY THIS DOCUMENT-COURT.

: Aurora-Isidora: Diaz-Perez ~5~Jan~2011 :SEAL:.
: **Aurora-Isidora: Diaz-Perez**

: David-Wynn:       ~3~JAN~2011      :SEAL:.
: David-Wynn: Mi[ller]

For this Copyright-Copyclaim-Date-~3~JANUARY-~2011 by the PLENIPOTENTIARY-JUDGE: David-Wynn: Miller and Claimant.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV10-1454-DOC (SSx) | Date | December 14, 2010 |
|---|---|---|---|
| Title | AURORA ISIDORA DIAZ PEREZ -V- GLENN MONDO, ET AL | | |

| Present: The Honorable | David O. Carter, U.S. District Court Judge | | |
|---|---|---|---|
| Kathy Peterson | Not Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than JANUARY 3, 2011, why this action should not be dismissed as to all remaining defendants for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

• Defendant's answer to complaint or Plaintiff's Request for Entry of Default

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

Plaintiff is to serve notice of this Order on all parties who have not yet appeared in this action.

Initials of Preparer  kp

## 3. Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1:** <u>Delivery by U.S. Mail</u>: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is 4005 Fielding Ct Cypress, Ca 90630  1/06/11
                                                         (date)

I served the attached _Correction to Answer to show_ by placing
                      (name of document)
cause for case not to be dismissed

a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail, addressed as follows:

Glenn Mondo.
Superior Court, county of Orange Western Judicial Center.
8141 13th Street.
Westminister, Ca 92683-4593

**Part 2:** <u>Personal Delivery</u>:



I declare that on _____, I personally delivered the attached
                      (date)
_____ to _____
(name of document)      (name of recipient)
at _____
    (location)

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on ___1/06/11___ at
                                                                                              (date)
___Cypress___.
    (city)

___Ana Cohen___          ___Ana Cohen___
(type or print name) (signature)

This form is available on the web at http://www2.ucsc.edu/staff_hr/compensation/forms/service.pdf

July 24, 2001

C3-1

### 3. Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1:** <u>Delivery by U.S. Mail</u>: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is 4005 Fielding Ct, Cypress, Ca 90630 on 1/06/11
(date)

I served the attached Correction to answer to show cause for case not to be dismissed placing
(name of document)

a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail, addressed as follows:

Sarah L. Overton Cummings McCleney Davis Acho & Associates, PC.
3801 University Avenue Suite 560
Riverside, Ca 92501

**Part 2:** <u>Personal Delivery</u>:



I declare that on _____ (date), I personally delivered the attached _____ (name of document) to _____ (name of recipient), at _____ (location)

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/06/11 at
(date)

Cypress
(city)

Ana Cohen                    /s/ Ana Cohen
(type or print name) (signature)

This form is available on the web at http://www2.ucsc.edu/staff_hr/compensation/forms/service.pdf

July 24, 2001

C3-1

## 3. Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1:** <u>Delivery by U.S. Mail</u>: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is _400 S Fielding Ct, Cypress, Ca 90630_  _1/06/11_
(date)

I served the attached _Correction to Answer to show_ by placing
(name of document)
_Cause for case not to be dismissed._
a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail, addressed as follows:

_Bank of America, National Association_
_20955 Pathfinder Road, Suite 300_
_Diamond Bar, Ca 91765_

**Part 2:** <u>Personal Delivery</u>:

I declare that on _____, I personally delivered the attached
(date)
_____ to _____,
(name of document)     (name of recipient)
at _____
(location)

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _1/06/11_ at
(date)
_Cypress_
(city)

_Ana Cohen_          
(type or print name) (signature)

This form is available on the web at http://www2.ucsc.edu/staff_hr/compensation/forms/service.pdf

July 24, 2001

C3-1

## 3. Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1: Delivery by U.S. Mail:** Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is _4005 Fielding Ct, Cypress Ca 90630_ On _1/06/11_ (date),

I served the attached _Correction to Answer to show cause for case not to be dismissed_ (name of document) by placing a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail, addressed as follows:

_Jay Tennen Baum_
_20955 Pathfinder Road, Suite 360_
_Diamond Bar, Ca 91765_

**Part 2: Personal Delivery:**



I declare that on _____ (date), I personally delivered the attached _____ (name of document) to _____ (name of recipient), at _____ (location).

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _1/06/11_ (date) at _Cypress_ (city).

_Ana Cohen_ (type or print name) (signature)   _Ana Cohen_

This form is available on the web at http://www2.ucsc.edu/staff_hr/compensation/forms/service.pdf

July 24, 2001

C3-1